1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLUMBIA

3    UNITED STATES OF AMERICA      .
                      Plaintiff,   .
4    vs.                           .   Docket No. CR 17-007
                                   .
5    JERDS LUXEMBOURG HOLDINGS     .   Washington, D.C.
                                   .   January 13, 2017
6                     Defendant.   .
     . . . . . . . . . . . . . . . .x   3:53 p.m.
7

8           TRANSCRIPT OF ARRAIGNMENT/PLEA HEARING

9        BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

10                  UNITED STATES DISTRICT JUDGE

11   APPEARANCES:

12   For the Government:   Tarek J. Helou, Esquire
                           U.S. DEPARTMENT OF JUSTICE
13                         Criminal Division
                           1400 New York Avenue, NW
14                         Bond Building
                           Washington, DC 20005
15

16   For the Defendant:    Guy D. Singer, Attorney-at-Law
                           ORRICK, HERRINGTON & SUTCLIFFE LLP
17                         51 West 52nd Street
                           New York, NY 10019-6142
18
                           Anne Murray, Attorney-at-Law
19                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                           1152 15th Street, NW
20                         Washington, DC 20005-1706

21                         Ryan Rohlfsen, Esquire
                           ROPES & GRAY
22                         191 North Wacker Drive
                           32nd Floor
23                         Chicago, IL 60606-4302

24

25

```
1   Court Reporter:   Cathryn J. Jones, RPR
                      Official Court Reporter
2                     Room 6521, U.S. District Court
                      333 Constitution Avenue, N.W.
3                     Washington, D.C. 20001

4

5

6

7   Proceedings recorded by machine shorthand, transcript
    produced by computer-aided transcription.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    **P R O C E E D I N G S**

2              THE DEPUTY CLERK:  Your Honor, this afternoon this

3      is the matter of United States versus JERDS Luxembourg

4      Holdings.  This is Criminal Record 17-007.  Ask the parties

5      to step forward and identify yourselves for the record,

6      please.

7              MR. HELOU:  Afternoon, your Honor.  Tarek Helou

8      for the United States.  I'm here with Tanja Venstad, first

9      name is spelled T-A-N-J-A, last name V-E-N-S-T-A-D.  She's a

10     paralegal in the criminal division who's also working on

11     this matter.

12             THE COURT:  Good afternoon.

13             MR. SINGER:  Guy Singer, Anne Murray from Orrick,

14     Herrington & Sutcliffe on behalf of the defendants, Zimmer

15     Biomet Holdings, Incorporated, JERDS Luxembourg Holdings and

16     by Biomet, Inc.

17             MR. ROHLFSEN:  Good afternoon, your Honor.  Ryan

18     Rohlfsen, Ropes & Gray, on behalf of JERDS Luxembourg as

19     ways as Zimmer Biomet Holdings.

20             THE COURT:  Good afternoon.  I understand that

21     there is a plea agreement in this case; is that right?

22             MR. HELOU:  That's correct, your Honor, a plea

23     agreement and an information.

24             THE COURT:  Excuse me?

25             MR. HELOU:  A plea agreement and an information.

1            THE COURT:  And who is going to be entering a plea

2    today?

3            MR. HELOU:  JERDS Luxembourg Holding, Inc., and I

4    believe the representative of the company is Chad Phipps.

5            THE COURT:  Okay.  And we do have a representative

6    here on behalf of the company?

7            MR. SINGER:  We do, Your Honor's.  Chad Phipps is

8    present.  Mr. Phipps is the general counsel of Zimmer Biomet

9    Holdings.  He's an authorized signatory for JERDS Luxembourg

10   Holding and he's a senior vice president and secretary of

11   Biomet Incorporated.

12           THE COURT:  I assume that the plea agreement has

13   been thoroughly reviewed with the corporate representative?

14           MR. SINGER:  It has, your Honor.

15           THE COURT:  And you're confident he understands

16   all the terms of the agreement?

17           MR. SINGER:  I am, your Honor.

18           THE COURT:  Okay.  I think probably the most

19   prudent way to get through this is have the government

20   outline the terms of the agreement on the record.

21           MR. HELOU:  Certainly, your Honor.  Would you like

22   to do the arraignment before that?

23           THE COURT:  Yes, we should do that first, yes.

24   It's an information that was filed?

25           MR. HELOU:  It is, your Honor, yes.

1              THE DEPUTY CLERK:  Your Honor, in the case

2    Criminal Record 17-007, United States versus JERDS

3    Luxembourg Holdings, there's a one count information filed

4    with one count of Foreign Corrupt Practices Acts and aiding

5    and abetting which is violation of the books and records

6    provision of the FCPA.

7              Counsel, do you waive formal reading of the

8    information?

9              MR. HELOU:  Yes, your Honor.

10             MR. SINGER:  Yes, your Honor.

11             THE COURT:  How does the defendant want to plead

12   at this time?

13             MR. SINGER:  We'll be entering a plea of guilty,

14   your Honor.

15             THE COURT:  Okay.  I'll have the government review

16   the terms of the plea agreement at this time.

17             MR. HELOU:  Thank you, your Honor.  The plea

18   agreement requires the defendant to plead guilty to one

19   count of causing Biometic Corporation which was an issuer to

20   violate the Books and Records Provisions of the FCPA.  The

21   defendant is waiving indictment.  It's also making trial

22   waivers.  If you'd like me to go through those in detail I

23   can.

24             THE COURT:  I'll go through the trial waivers.

25             MR. HELOU:  All right.  It is a one count

1    information to which the defendant is pleading.  The maximum

2    penalties are a fine of $25 million dollars or twice the

3    gross gain or loss, probation for a term of up to five

4    years, and a special assessment of $400 per count, although

5    in this case the plea agreement calls for no fine.  And if

6    the Court were to impose a fine that the Court credit the

7    payment of Zimmer Biomet Holdings, Inc., in a DPA in a

8    related matter toward any fine imposed on JERDS.  And I can

9    go through the facts now, your Honor.

10            THE COURT:  Yes.

11            MR. HELOU:  Certainly.  JERDS owned a company

12   called Biomet 3i Mexico.  JERDS in turn was owned by a

13   company called Implant Innovations Holdings, which was owned

14   Biomet Incorporated.  Biomet Incorporated was an issuer

15   under the securities laws.  Later on after this conduct

16   occurred Zimmer Biomet, which is the defendant in the

17   related proceeding now bought Biomet became its successor in

18   interest for the purposes of the conduct here.

19            Between 2010 and 2013, Biomet 3i Mexico brided

20   customs officials in Mexico through subagents to allow

21   products to get through customs into Mexico.  3i Mexico then

22   falsely recorded records related to those payments including

23   who it actually paid.  3i Mexico's corporate records were

24   consolidated into IIH's corporate records and then into

25   Biomet's corporate records.  Those records were false, and

1    therefore, 3i Mexico caused Biomet to maintain false books

2    and records.

3            But as I said earlier, JERDS owned 3i Mexico so

4    because JERDS owned 3i Mexico, JERDS is responsible for

5    Biomet's false books and records.  The reason JERDS is

6    pleading here today instead of 3i Mexico is that 3i Mexico

7    is in the process of being wind down and is no longer an

8    operating entity.

9            THE COURT:  Those are the facts?

10            MR. HELOU:  Those are the facts, your Honor.

11   There are a little more detail in the information and in the

12   *Statement of Facts* attached to the plea agreement.

13            THE COURT:  Okay.  Anything else regarding the

14   plead that needs to be put on the record?

15            MR. HELOU:  No, your Honor.

16            THE COURT:  Could I have the corporate

17   representative come forward, please.  Place him under oath.

18            Thereupon,

19                          CHAD PHIPPS

20   having been first duly sworn by the Deputy Clerk, was

21   examined and testified, as follows:

22            MR. PHIPPS:  Yes.

23   BY THE COURT:

24   Q    Your name again, sir?

25   A    Chad Phipps.

1    Q    And what's your position with the defendant company?

2    A    I'm the authorized corporate representative today.

3    Q    And you're therefore authorized to speak on behalf of

4    the corporation?

5    A    I am, your Honor.

6    Q    And authorized to agree to a plea agreement on behalf

7    of the corporation?

8    A    Yes, your Honor.

9    Q    And now that you've been placed under oath you should

10   understand that anything you say in response to the

11   questions I'm going to ask you could be used against the

12   corporation if there was a claim of perjury or false

13   statements made in regards to the corporation.  Do you

14   understand that?

15   A    I understand.

16   Q    Okay.  And did you hear what the prosecutor just said

17   in reference to the agreement?

18   A    Yes, your Honor.

19   Q    And I do have this agreement in the case.  Do I have

20   everything, it doesn't -- maybe I do, I'm sorry.  Okay, it

21   is an 18-page document.  And I do see on the 18th page what

22   appears to be a signature.  I don't see -- is his signature

23   on this page?  It doesn't appear to be.

24   A    Yes, your Honor.

25

1    Q      The top one, that's you?  Okay.  And so I assume that

2    you have in fact reviewed this document thoroughly?

3    A      Yes.

4    Q      You've reviewed it with the lawyers?

5    A      Yes, with our outside counsel too, yes.

6    Q      And are you confident you understand everything in the

7    agreement?

8    A      I am confident, your Honor.

9    Q      Before you acknowledge the agreement do you need any

10   further time to discuss it with counsel?

11   A      No, sir.

12   Q      Okay.  And are you in total agreement with what the

13   prosecutor said in reference to the agreement?

14   A      I am, your Honor.

15   Q      Are you also in total agreement with the more detailed

16   representations made in the plea agreement itself?

17   A      Yes.

18   Q      And you heard what the prosecutor said about what the

19   alleged facts are that support the plea agreement in this

20   case?

21   A      Yes.

22   Q      And do you agree that those facts are in fact accurate?

23   A      I do, your Honor.

24   Q      And do you disagree with anything that the prosecutor

25   said in reference to those facts?

1    A    No.

2    Q    Okay.  Is there anything else I need to review with him

3    regarding the actual agreement itself before I conduct the

4    Rule 11 inquiry?

5              MR. SINGER:  Not from my standpoint, your Honor.

6              MR. HELOU:  No, your Honor.

7    BY THE COURT:

8    Q    Okay.  And you do understand the penalty that the

9    government indicated applies in this case?

10   A    Yes.

11   Q    And the penalty is $17,460,300; is that right?

12   A    That's correct.

13   Q    And this is as I understand an 11 --

14             MR. HELOU:  Excuse me, your Honor.  I apologize.

15   I believe that penalty amount is related to the Zimmer

16   Biomet DPA which is the other case.  So here will be

17   addressed in the plea agreement is that the parties request

18   the Court not impose a fine, but if the Court were to impose

19   a fine to credit the payment by Zimmer Biomet to this

20   payment.

21             THE COURT:  Okay.  Is there any penalty being

22   required pursuant to this agreement to this defendant?

23             MR. HELOU:  No, your Honor.

24             THE COURT:  Okay.  And so does the 11(C)(1)(c)

25   agreement applied to this defendant?

1          MR. HELOU:  Yes, your Honor.  This is the

2     11(C)(1)(c) agreement here.

3     BY THE COURT:

4     Q     Okay.  So I'm a little confused if there is no penalty

5     then what is the consequences of the 11(C)(1)(c)?  How does

6     it come into play?

7          MR. HELOU:  Well, there are other consequences,

8     your Honor.  For example, there can be collateral

9     consequences to the company.  The company will now have a

10    felony conviction.  But in terms of any financial penalty

11    the plea agreement calls for no financial penalty.

12         THE COURT:  So is there anything I could do in

13    reference to the penalty that would be a predicate for the

14    withdraw of the plea?

15         MR. HELOU:  I mean if the Court were to reject

16    that.

17         THE COURT:  To reject what?

18         MR. HELOU:  Our request not to impose a fine.

19         THE COURT:  Okay.  I understand.

20    BY THE COURT:

21    Q     Do you understand what we're discussing in regard to a

22    11(C)(1)(c) agreement which is an agreement between the

23    company and the government regarding what the penalty should

24    be, if penalty, should be in this case?

25    A     I do, your Honor.

1   Q    And under the terms of an 11(C)(1)(c), obviously if I

2   agree that the disposition of the case as agreed to by the

3   parties is appropriate and obviously that would be the

4   disposition.  Do you understand that?

5   A    I do.

6   Q    However, if I were to take the position that I did not

7   think that the disposition was appropriate and decided, for

8   example, as the government said to conclude that a fine or

9   some other penalty was appropriate then the company would

10  have an option.  You could go forward with your plea knowing

11  that I was not going to agree to what the agreed upon

12  penalty if none would be.  Or you could decide to withdraw

13  your guilty plea and put yourself back in the position that

14  you were in before the plea was entered and go to trial or

15  however you wanted to have this case resolved.  Do you

16  understand that?

17  A    Yes, your Honor.

18  Q    Understanding that, do you want to proceed with the

19  plea under Rule 11(C)(1)(c)?

20  A    Yes, your Honor.

21  Q    Okay.  You do understand, however, that the company has

22  the absolute right to enter a plea of not guilty?  Do you

23  understand that?

24  A    Yes.

25  Q    And if the company did decide to enter a plea of not

1    guilty then you would be forcing the government to take this

2    case to trial.  During that trial the government would have

3    the burden of proving that the company is guilty beyond a

4    reasonable doubt, and the company would have the right to

5    have the assistance of counsel during that trial.  Do you

6    understand that?

7    A    Yes, your Honor.

8    Q    Do you understand that all of those rights are being

9    forfeited by entering a plea of guilty?

10   A    I do.

11   Q    And you also do have a right to have this case indicted

12   by the Grand Jury.  Do you understand that?

13   A    Yes.

14   Q    And you understand that the Grand Jury consists of 23

15   people selected from the community.  At least 16 of those 23

16   people would have to be present in the Grand Jury room when

17   the case was heard, and at least 16 of those people would

18   have to vote to indict or charge this offense in order for

19   the case to go forward.  Do you understand that?

20   A    I understand, yes.

21   Q    I do have this document before me entitled *Waiver of*

22   *Indictment*, which actually it's not signed.  It actually

23   isn't signed by the corporate representative.

24              [Brief pause.]

25

1   BY THE COURT:

2   Q    Okay.  Now I do have this document before me which is

3   entitled *Waiver of Indictment* which now does have what

4   appears to be your signature on it.  Did you in fact sign

5   the document?

6   A    I did, your Honor.

7   Q    Did you review it with your lawyers before you signed

8   it?

9   A    Yes.

10  Q    And do you understand that by signing this document and

11  by entering a plea of guilty that the company is giving up

12  its right to have this case heard by the Grand Jury and the

13  right to have the case indicted by the Grand Jury?

14  A    I understand, yes.

15  Q    You also should understand that if the company wanted

16  to go to trial in this case the company would have what is

17  called a speedy trial right which means the government has

18  an obligation to bring the case to trial within a reasonable

19  period of time after the offense occurred.  If the

20  government doesn't do that then your lawyers on behalf of

21  the company could file a motion with the Court requesting

22  that this case be dismissed on the grounds that the company

23  was not given its right to a speedy trial.  Do you

24  understand that?

25  A    I understand, your Honor.

1    Q    Do you understand that by entering a plea of guilty the

2    company is giving up its right to a speedy trial?

3    A    Yes.

4    Q    You also should understand that if the company wanted

5    to go to trial in this case you would have either the right

6    to a trial before a Judge, which means the evidence would be

7    presented to me and I would have to decide whether the

8    government had proven the company's guilt beyond a

9    reasonable doubt.  Or the company would have a right to a

10   trial before a jury, which means that 12 people selected

11   from the community would hear the case and the government

12   would have to convince all 12 of those people that the

13   company was guilty beyond a reasonable doubt before the

14   company could be convicted.  Do you understand that?

15   A    I do.

16   Q    I have before me this document entitled *Waiver of Trial*

17   *by Jury* with again what appears to be your signature signing

18   on behalf of the company.  Did you in fact sign the

19   document?

20   A    I did, your Honor.

21   Q    And did you review it with your lawyers before you

22   signed it?

23   A    Yes.

24   Q    Do you understand that by signing this document and by

25   entering a plea of guilty that you're giving both your right

1    to a trial before a Judge and your right to a trial before a

2    jury?

3    A    Yes.

4    Q    You also should understand that if the company wanted

5    to go to trial that during the trial the government would

6    have to bring into court those people who are supposed to

7    know something about this case.  Each of those individuals

8    would have to be placed under oath to tell the truth.  They

9    first would be questioned by government counsel and then

10   further questioned or cross-examined by your lawyers, and

11   they'd have to do that in the presence of you or some other

12   corporate representative.  Do you understand that?

13   A    I understand, your Honor.

14   Q    And do you understand that by entering a plea of guilty

15   that that right is also being given up?

16   A    Yes, I do.

17   Q    Also if the company did want to go to trial, during the

18   trial the company would have a right to call witnesses to

19   testify on its behalf?  Do you understand that?

20   A    Yes, I do, your Honor.

21   Q    And if those people were not willing to voluntarily

22   come into court you'd have a right to have me force them to

23   appear.  Do you understand that?

24   A    I understand.

25   Q    Also, the company through its representatives would

1   also have the right to have a corporate representative take

2   the stand and testify on behalf of the company.  Do you

3   understand that?

4   A    I do.

5   Q    And do you understand that by entering a plea of guilty

6   that those rights are being given up also?

7   A    Yes.

8   Q    You also should understand that if there was a trial in

9   this case that during the trial the company would have what

10  is called the right or the privilege against

11  self-discrimination.  That means if the company through its

12  representatives did not want to present testimony that I

13  could not say to myself nor could the jury say to itself

14  merely because the company was not presenting testimony

15  through its corporate representative that that must be some

16  indication the company is guilty.  Do you understand that?

17  A    I understand.

18  Q    And do you understand that by entering a plea of guilty

19  that right is being given up also?

20  A    Yes, your Honor.

21  Q    Now as far as appellate rights are concerned as I

22  understand there is in fact a waiver of most of the

23  appellate rights, but as I understand there is a right to

24  appeal obviously any illegal sentence that would be imposed.

25  Besides that right that is retained regarding the appeal is

1    there any other appeal rights that the company is keeping as

2    a result of this plea agreement?

3            MR. SINGER:  No, your Honor?

4    BY THE COURT:

5    Q    You understand that?

6    A    I do, your Honor.

7    Q    You obviously can appeal any illegal sentence the law

8    puts a prescription on what I can give impose as a sentence.

9    And if I gave a sentence outside of what the law authorized,

10   you would have a right to appeal that, but otherwise as I

11   understand you're giving up all the other appellate rights

12   otherwise the company would have.  Do you understand that?

13   A    I do, your Honor.

14           THE COURT:  Obviously there also -- as I

15   understand there is a *Waiver of Venue and Jurisdiction*; is

16   that right also?

17           MR. SINGER:  Yes, your Honor.

18   BY THE COURT:

19   Q    Okay.  You understand that that you're waiving or

20   giving up your right to challenge the authority of this

21   Court to have the company enter a plea of guilty in this

22   court.  You understand that?

23   A    I do.

24   Q    Understanding that you're giving up most of your rights

25   to an appeal -- what about collateral attack, is there any

1  waiver of collateral attack rights in this?  Are there any

2  rights reserved that he can raise collaterally?

3           MR. SINGER:  Collateral rights are waived?

4           THE COURT:  What about ineffective assistance of

5  counsel is that reserved that challenge?

6           MR. SINGER:  Your Honor, to be honest I don't

7  remember off the top of my head.

8           THE COURT:  I know I looked at it last night but

9  --

10          MR. SINGER:  It is not a waiver of ineffective

11 assistance.

12          THE COURT:  It is waived?

13          MR. SINGER:  It is not a waiver.

14          THE COURT:  There's no waiver of collateral

15 attack?

16          MR. SINGER:  Correct, of ineffective assistance.

17          THE COURT:  So he could bring collateral attack

18 before the Court on behalf of the company; is that right?

19          MR. SINGER:  Correct.  Yes, your Honor.

20 BY THE COURT:

21 Q   You understand that?  Generally if there's newly

22 discovered evidence that's found out that would be relevant

23 to the issue of sentencing or any other appropriate position

24 that could be brought back to me in reference to the

25 sentence that you are retaining on behalf of the company

1  that right.  Do you understand that?

2  A    I understand, your Honor.

3  Q    Okay.  Now understanding the limited right of appeal

4  that you on behalf of the company is retaining in this case,

5  and understanding all of the various rights I just explained

6  the company will be giving up by entering a plea of guilty,

7  on behalf of the company does the company still desire to

8  enter a plea of guilty?

9  A    Yes, we do, your Honor.

10  Q    Now in order for the government to prove the company

11  guilty on this charge beyond a reasonable doubt the

12  government would have to prove the following things; that

13  the defendant parent company, Biomet, was an issuer of

14  securities registered pursuant to Title 15 of the United

15  States Code, Section 78l, during the relevant time period

16  applicable to this case.  Do you understand that?

17  A    I do, your Honor.

18  Q    And second, the government would have to prove beyond a

19  reasonable doubt that the defendant knowingly caused Biomet

20  to maintain false books, records or accounts such that

21  Biomet's books, records or accounts did not fairly reflect

22  the transactions and dispositions of Biomet's assets.  Do

23  you understand that?

24  A    Yes.

25  Q    Three, that the defendant understands and agrees -- I'm

1   sorry, those are the two elements that the government would

2   have to prove in order to establish the company's guilt.  Do

3   you understand that?

4   A     I do, your Honor.

5   Q     Now have any promises been made to the company that

6   just because the company's pleading guilty that leniency

7   would be afforded?

8   A     No, your Honor.

9   Q     Has anyone threatened, forced, or coerced the company

10  into entering this plea of guilty?

11  A     No.

12  Q     Is the company entering a plea of guilty because it is

13  guilty?

14  A     Yes, sir.

15  Q     For any other reason is the plea being entered?

16  A     No, sir.

17  Q     And is the company totally satisfied with the

18  representation that's been provided by counsel?

19  A     It is, your Honor.

20  Q     Are there any complaints whatsoever that you'd like to

21  make on behalf of the company regarding the legal

22  representation provided to the company?

23  A     No, sir.

24  Q     And is the company pleaded guilty because it is guilty?

25  A     Yes, sir.

1   Q     And knowing what you know on behalf of the company

2   regarding what the government knows about what took place in

3   this case, do you feel that the government could prove the

4   company guilty beyond a reasonable doubt if this case went

5   to trial?

6   A     I do, your Honor.

7   Q     And do you think it's in the best interest of the

8   company for a plea of guilty on behalf of the company to be

9   entered?

10  A     I do.

11        THE COURT:  Are there any other inquires that I

12  need to make of the corporate representative before I have

13  the company enter a plea of guilty in this case?

14        MR. HELOU:  No, your Honor.

15  BY THE COURT::

16  Q     Very well.  On behalf of the defendant as to the charge

17  which is a violation of the Foreign Corrupt Practices Act of

18  1977, which is encompassed in Title 15 of the United States

19  Code, Section 78m(b)(2)(A) and Title 18, Section 2, how does

20  the company plead, guilty or not guilty?  Is that the right

21  provision?

22        MR. HELOU:  Yes, it is, 2(a) is the books and

23  records provision, your Honor.

24  BY THE COURT:

25  Q     How does the company plead, guilty or not guilty?

1    A     The defendant pleads guilty.

2          THE COURT:  Very well.  I will accept the plea of

3    guilty concluding that it is a knowing and intelligent plea

4    on behalf of the company through its corporate

5    representative based upon the representation that the plea

6    agreement has been thoroughly reviewed by the

7    representative, and he is familiar with all the terms and

8    conditions set forth in the agreement including the various

9    rights that are being waived and also the penalties,

10   potential penalties that the corporation faces.  So based

11   upon that finding I will accept the plea as a knowing and

12   intelligent plea.

13         Anything else we need to do at this time?

14         MR. HELOU:  Your Honor, the only remaining issue

15   is sentencing, and the parties request jointly that the

16   Court sentence the defendant now.  However, if the Court

17   would like a PSR we can set sentencing for a different date.

18         THE COURT:  I mean I do appreciate the desire to

19   get this resolved, but I do think it's important for me -- I

20   don't know anything about the history of the company,

21   whether there are other factors I need to consider in

22   deciding whether it's appropriate for me to accept the plea.

23   So I think we have to -- I don't know how we do in this case

24   a presentence investigation.  I don't know if the -- does

25   the probation department do that generally?

1          MR. HELOU:  Probation does and we can --

2          THE COURT:  It's been a while since I took a --

3          MR. HELOU:  Probation usually does and we can make

4    a joint submission to the probation office.  If you give me

5    one second to consult with defense counsel.

6          [Brief pause.]

7          MR. HELOU:  One thing, your Honor, once we do the

8    Zimmer Biomet DPA proceeding you may have some additional

9    insight at that point.  One thing I'd like to mention about

10   the resolution is that we've got JERDS pleading guilty here.

11   This obviously is part of larger resolutions the company

12   entered into with our DPA with a $17.6 million dollar fine

13   and a SEC resolution with a fine of $6 and-a-half million

14   dollars and disgorgement of approximately $16 and-a-half

15   million dollars.

16          If you like we can revisit that after the Zimmer

17   Biomet hearing or we can set a date in the future.

18          MR. SINGER:  From the company we certainly prefer

19   to move right to sentencing as long as the Court is

20   comfortable it has enough information once it hears the DPA

21   resolution.

22          THE COURT:  That's the key as to whether I have

23   sufficient information where I feel comfortable moving

24   forward.  I mean, if you all think that information will be

25   sufficient for me to know enough about the circumstances to

1    move forward then I'll take your word at that.

2              MR. SINGER:  We'd like to try.

3              MR. HELOU:  And if it's not, we'll set a

4    sentencing date in the future.

5              THE COURT:  Okay.  So when is that other matter?

6              MR. HELOU:  Right now.

7              THE COURT:  Okay.  I guess I'll hear what you have

8    to say and make that assessment.

9              MR. HELOU:  Thank you.

10             MR. SINGER:  Thank you, your Honor.

11             [Thereupon, the proceedings adjourned at 4:32

12             p.m.]

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        CERTIFICATE

 2            I, Cathryn J. Jones, an Official Court Reporter

 3   for the United States District Court of the District of

 4   Columbia, do hereby certify that I reported, by machine

 5   shorthand, the proceedings had and testimony adduced in the

 6   above case.

 7            I further certify that the foregoing 25 pages

 8   constitute the official transcript of said proceedings as

 9   transcribed from my machine shorthand notes.

10            In witness whereof, I have hereto subscribed my

11   name, this the 2nd day of February, 2017.

12

13

14

15
                             /s/_Cathryn J. Jones
16                           Cathryn J. Jones, RPR
                             Official Court Reporter
17

18

19

20

21

22

23

24

25
```

1          **IN THE UNITED STATES DISTRICT COURT**

2              **FOR THE DISTRICT OF COLUMBIA**

3   UNITED STATES OF AMERICA        .
                    Plaintiff,      .
4   vs.                             .   Docket No. CR 12-80
                                    .
5   BIOMET, INCORPORATED            .   Washington, D.C.
                                    .   January 13, 2017
6                   Defendant.      .
    . . . . . . . . . . . . . . . . .x

7

8                TRANSCRIPT OF STATUS HEARING

9      BEFORE THE HONORABLE SENIOR JUDGE REGGIE B. WALTON

10              UNITED STATES DISTRICT JUDGE

11  APPEARANCES:

12  For the Government:   Tarek J. Helou, Esquire
                          U.S. DEPARTMENT OF JUSTICE
13                        Criminal Division
                          1400 New York Avenue, NW
14                        Bond Building
                          Washington, DC 20005
15

16  For the Defendant:    Guy D. Singer, Attorney-at-Law
                          ORRICK, HERRINGTON & SUTCLIFFE LLP
17                        51 West 52nd Street
                          New York, NY 10019-6142
18
                          Anne Murray, Attorney-at-Law
19                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                          1152 15th Street, NW
20                        Washington, DC 20005-1706

21                        Ryan Rohlfsen, Esquire
                          ROPES & GRAY
22                        191 North Wacker Drive
                          32nd Floor
23                        Chicago, IL 60606-4302

24

25

```
1    Court Reporter:   Cathryn J. Jones, RPR
                       Official Court Reporter
2                      Room 6521, U.S. District Court
                       333 Constitution Avenue, N.W.
3                      Washington, D.C. 20001

4

5

6

7    Proceedings recorded by machine shorthand, transcript
     produced by computer-aided transcription.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    **P R O C E E D I N G S**

2            THE DEPUTY CLERK:  United States of America versus

3    Biomet, Incorporated.  This is Criminal Record 12-80.  Ask

4    the parties to step forward and identify yourselves for the

5    record, please.

6            MR. HELOU:  Good afternoon, your Honor.  Tarek

7    Helou again for the United States.  I'm here with Tanja

8    Venstad, a paralegal in the Criminal Division seated at

9    counsel's table.

10           MR. SINGER:  Good afternoon, your Honor.  Guy

11   Singer, Anne Murray and Ryan Rohlfsen on behalf of the

12   defendant.  Anne and I are with Orrick, Herrington &

13   Sutcliffe.  Ryan is with Ropes and Gray.  And once again we

14   have with us Chad Phipps, who is corporate representative

15   for this matter.

16           THE COURT:  Okay.

17           MR. HELOU:  Your Honor, we are on calendar four, a

18   deferred prosecution agreement between the government and

19   Zimmer Biomet Holdings, Inc.  As you recall this matter was

20   initially against Biomet, Inc., but that was in 2012.  In

21   2015, another company called Zimmer Holdings acquired

22   Biomet.  That company is now Zimmer Biomet, Incorporated.

23   Zimmer Biomet the current defendant in the superseding

24   information has become the successor in interest for the

25   conduct described in the 2012 DPA, and also for the conduct

1    described in the information and *Statement of Facts* that we

2    filed yesterday and sent up to the Court today.

3            Here in the deferred prosecution agreement, Zimmer

4    Biomet has admitted to failing to implement a system of

5    effective internal accounting controls.  And that's a

6    violation of another provision of the FCPA, Title 15,

7    Section MB (2)(a).  The DPA imposes several obligations on

8    Zimmer Biomet.  First, it must corporate with the department

9    and with other law enforcement agencies.  It also has to

10   disclose conduct related to, the underlying conduct in the

11   information and *Statement of Facts*, and also any other

12   instances of corruption.

13           The company is prohibited from making any public

14   statements that contradict the terms of the DPA or the

15   *Statement of Facts*.  The company must also implement an

16   effective compliance program.  And as part of that the

17   company has agreed to take on a corporate monitor for a term

18   of up to three years that will review internal accounting

19   controls and the compliance program.  The company also has

20   reporting obligations to the government.  There are

21   consequences if the company breaches the DPA.  And if the

22   company is acquired by another company the obligations under

23   the DPA and the monitorship will pass to that new company.

24           Let me get into a little bit of the facts that the

25   company is admitting pursuant to the DPA.  As I discussed in

1   the other case at the time this occurred Biomet Incorporated

2   was an issuer, Zimmer Holdings which is now Zimmer Biomet

3   acquired Biomet.

4           THE COURT:  Was an issuer of?

5           MR. HELOU:  Biomet was an issuer of securities,

6   yes, under the FCPA.  I explained the conduct in Mexico in

7   the JERDS case.  That's the same conduct here.  Between 2010

8   and 2013, an indirect subsidiary called Biomet 3i Mexico,

9   bribed custom officials through its custom broker and custom

10  broker's subagents to get products into Mexico without going

11  through customs.  Biomet knew of corruption risks in Mexico.

12  And previous issues of potential corruption had been raised

13  to senior members of the company related to Mexico.

14          Now this DPA also covers conduct that occurred in

15  Brazil.  Part of the facts that led the company to enter

16  into the DPA in 2012, were related to the use of a Brazilian

17  distributor who paid bribes to sell Biomet products.  Biomet

18  prohibited its employees and subsidiaries from using that

19  distributor starting in 2008.  However, in 2009 through

20  2013, Biomet continued to use that distributor to market its

21  products in Brazil.  A senior employee at the company

22  removed references to the distributor in an internal audit

23  memorandum.

24          Biomet did not implement effective internal

25  accounting controls to ensure one, that the bribes in Mexico

would not be paid; and two, to ensure that the company would

not use that distributor again.  Specifically controls that

should have been introduced or controls that would have

required due diligence for the retention of third party

consultants and agents.  Controls that would have required a

fully executed contract with a third party before payment

could be made to it.  Because in Mexico the company was

paying subagents of its customs broker with which it did not

have contracts.

Internal controls also that Biomet should have

implemented also would have required documents or other

proof that the services that had been rendered by a third

party agent were actually rendered before payment could be

made.  And Biomet also should have implemented more

effective oversight of the payment process to ensure that

payments were made pursuant to appropriate controls.  And

one thing I do want to mention is that we have a deferred

prosecution agreement here.

Biomet's subsidiary JERDS has also pleaded guilty.

This deferred prosecution agreement requires Biomet to pay a

fine of $17.46 million dollars.  Biomet has also paid, will

also pay a fine to the SEC of $6 and-a-half million dollars,

and it has also disgorged all of the profits from these two

schemes which were approximately $5.8 million dollars, and

will pay prejudgment interest of another $700,000.  We think

1    that the resolution here is appropriate and the JERDS's

2    resolution is appropriate, your Honor.

3              If you have any other questions about the DPA, I'm

4    happy to answer it.

5              THE COURT:  What type of products are we talking

6    about?

7              MR. HELOU:  So in Mexico they were dental products

8    and in Brazil they were medical products.  I think it was

9    hip implants, orthopedic implants.

10             THE COURT:  Was there ever any indication that

11   these products that were being sold were not of the quality

12   that they should have been, they were subpar?

13             MR. HELOU:  No, your Honor, there was were.  Some

14   of them were not properly labeled for distribution into

15   Mexico, but there's no indication that any of the products

16   were subpar or there was any danger to any user of them.

17             THE COURT:  So there's no indication anyone was

18   harmed as a result of the utilization of these products?

19             MR. HELOU:  No, your Honor.

20             THE COURT:  And in reference to the bribery

21   activities there were individuals who were associated with

22   the company involved in those briberies; is that right?

23             MR. HELOU:  Those were employees of the company's

24   subsidiaries.  Specifically 3i Mexico employees in Mexico.

25             THE COURT:  These are Mexican individuals?

1              MR. HELOU:  Correct.

2              THE COURT:  Were those individuals prosecuted

3    there or have they been charged here?

4              MR. HELOU:  They have not been charged, your

5    Honor.  Our investigation is ongoing.  One of the

6    requirements in the plea agreement is that the company

7    continue to cooperate with our investigation.

8              THE COURT:  And you indicated that there were

9    customs officials who were bribed?

10             MR. HELOU:  Mexican officials, yes, your Honor.

11             THE COURT:  Not U.S. customs officials?

12             MR. HELOU:  No, your Honor.

13             THE COURT:  And I assume the Mexican government is

14   cooperating with the Justice Department in reference to the

15   investigation?

16             MR. HELOU:  Your Honor, I cannot comment on that.

17             THE COURT:  A concern I always have in reference

18   to these type of agreements is that if individuals obviously

19   are individually doing these things they get sent to prison;

20   whereas, when individuals who are acting on behalf of a

21   company when there's a deferred prosecution agreement

22   generally nobody gets sent to prison.  The company gets paid

23   and sometimes companies can just assume that that's maybe

24   the cost of doing business; and therefore, willing to pay a

25   fine but nobody's freedom is taken away.

1            I always have concerns about whether that's fair

2      to the individual individuals who do that as compared to

3      when somebody's associated with a company does it.

4            MR. HELOU:  I want to address that in two parts,

5      your Honor.  In terms of the cost of doing business here the

6      company made around $5.8 million dollars from this scheme.

7      The total payments that the company will pay out based on a,

8      are over $30 million dollars.  So here I understand the

9      general concern about a cost of doing business, but here the

10     company is paid more than, will pay more than five times the

11     amount of profits it made, disgorging the profits plus

12     interest to the SEC.  It's paying a criminal penalty to the

13     SEC, and it's paying criminal penalty to the Justice

14     Department.

15            THE COURT:  Is there any belief based upon

16     evidence that either the parent company or any of the

17     subsidiaries were involved in any other illegal behavior in

18     the past?

19            MR. HELOU:  Not that we know of.  Obviously there

20     was the 2012 DPA.  Putting that aside now that we know of at

21     this time.

22            THE COURT:  What was the 2012 DPA?

23            MR. HELOU:  The 2012 was based on bribes paid in

24     Argentina, China and Brazil.  And the company paid a

25     criminal fine to resolve that case.  And I believe they also

1  disgorged profits to the SEC, although, I apologize I was

2  not on the investigation at that time.

3          THE COURT:  Just trying to see the dates.  In

4  reference to that 2012 event, did these events in this case

5  take place after that 2012 event?

6          MR. HELOU:  They took place before and after.

7          THE COURT:  And did any of the conduct occur after

8  the fines were paid or determination of culpability was

9  made?

10          MR. HELOU:  Yes, your Honor.

11          THE COURT:  That gives me some concern because

12  that would seem to suggest that maybe the company doesn't

13  understand that this type of conduct is not going to be

14  tolerated.  Again, maybe they feel that they can take the

15  risk and engage in this type of illegal behavior, and you

16  know, if they get caught all they are going to have to do is

17  pay out some money.

18          MR. HELOU:  Let me address that, your Honor.

19  First, as I said earlier the company is paying approximately

20  between five and six times the amount of the profits that it

21  paid here.  In addition the company disclosed the conduct to

22  us immediately upon learning of it; although, they were

23  required to do that under the previous deferred prosecution

24  agreement.  Also this is a case here the current penalty is

25  a penalty at the middle of the guidelines range.  And in

1   corporate investigations that we have when companies come

2   in, disclose the conduct effectively remediate and

3   cooperate, they generally pay a penalty that is lower than

4   the low end of the guidelines range.

5          So having a company pay in the middle of the

6   guidelines range here is rather extreme.  In addition, a

7   subsidiary is pleading guilty which does happen but does not

8   always happen in corporate investigations.  And finally the

9   individuals who were responsible for the conduct had been

10  fired by the company.  That's one of the reasons we entered

11  into this agreement.

12         THE COURT:  How many individuals were fired if you

13  know?

14         MR. HELOU:  I believe there were five that were

15  fired and one who would have been fired but left before that

16  person could be.

17         THE COURT:  These are all individuals who are

18  Mexicans?

19         MR. HELOU:  Those were American individuals.  They

20  were not involved in paying the bribes but they did not

21  implement effective internal controls.  Two other

22  individuals who were not criminally liable, but effectively

23  failed to recognize red flags were also disciplined in other

24  ways.  For example, their bonuses were docked.  They had an

25  official letter in their company file.  We do not believe

1    those individuals had criminal intent.

2             THE COURT:  In reference to those U.S. individuals

3    who were fired or in some way sanctioned did the conduct

4    that they engaged in would that be conduct that would be

5    subject to criminal penalties?

6             MR. HELOU:  It could be, your Honor, yes.

7             THE COURT:  Would that conduct possibility entail

8    prison time?

9             MR. HELOU:  It could, your Honor, yes.  One other

10   issue, the agreement between the company and the government

11   explicitly states that individuals are not essentially off

12   the hook by the company signing an agreement.  As I said our

13   investigation is ongoing.

14            THE COURT:  So you could still decide to proceed

15   against the individuals criminally if it was felt

16   appropriate?

17            MR. HELOU:  Yes, your Honor.

18            THE COURT:  Well, you know, I think that gives me

19   some solace in concluding that the agreement is appropriate

20   because if the department is still actively pursuing both

21   the individuals who are in Mexico and also the U.S. citizens

22   who were involved in this activity is not for me to suggest

23   or to speculate as to whether they will ultimately be

24   charged, but the fact that the government is still

25   investigating to assess whether those individuals should be

1    charged as I say does give me some comfortable.

2          MR. HELOU:  Your Honor, there's been a lot of

3    press in the last year and a half about the Yates Biomet,

4    and I assure you charging individuals is a priority.

5          THE COURT:  I guess based upon what you've

6    indicated I don't assume I am going to get anymore detail

7    information about either the parent company or the

8    subsidiaries that would give me a basis to conclude that the

9    agreement should not be accepted, both the plea agreement

10   and the deferred prosecution agreement.  So based upon your

11   representations that the investigation is ongoing and

12   there's at least the potential that individuals responsible

13   for this conduct could be otherwise charged and penalized,

14   and considering the amount of the fine that has to be paid,

15   and considering the fact that the amount that's been agreed

16   upon is a middle guideline amount it seems to me that is

17   sufficient to conclude that the penalty that is being

18   exacted is sufficient and reasonable.  And therefore, it

19   would be appropriate for me to agree to the deferred

20   prosecution agreement.

21          And to also conclude that in reference to the

22   penalty regarding the plea agreement that the agreement in

23   that regard is reasonable and appropriate also.

24          MR. HELOU:  Thank you, your Honor.

25          THE COURT:  Anything else?

1          MR. HELOU:  There was one other issue related to

2     the deferred prosecution agreement.  It is an agreement that

3     can lasts for up to three years.  Since we've now had an

4     appearance in court the parties jointly request that the

5     court exclude time under Speedy Trial Act, and the

6     government if the Court is okay with this will submit a

7     motion and proposed order within the next few days excluding

8     time.

9          MR. SINGER:  We're in agreement, your Honor.

10         THE COURT:  And is he here also on behalf of --

11         MR. SINGER:  He is, your Honor.

12         THE COURT:  You need to come up, sir.  Sir, I

13    assume your lawyer has or lawyers have explained to you the

14    Speedy Trial Act?

15         THE DEFENDANT:  Yes, sir.

16    BY THE COURT:

17    Q    And under that Act the government has an obligation to

18    bring a case to trial within a reasonable period of time.

19    And if the government doesn't do that then a defendant can

20    request that the charges against the defendant be dismissed

21    because of noncompliance with the Speedy Trial Act.  Do you

22    understand?

23    A    I understand, your Honor.

24    Q    Your lawyer indicates that's been discussed with you on

25    behalf of the corporation, and that you on behalf of the

1    corporation understand the rights under the Speedy Trial Act

2    and that you're willing to waive any challenge to the case

3    not being brought to trial within the time required by the

4    Speedy Trial Act considering the fact the deferred

5    prosecution agreement is going to remain you said for three

6    years; is that right?

7              MR. HELOU:  Up to three years, your Honor.

8    BY THE COURT:

9    Q    Up to three years.  And therefore, if for some reason

10   the government would decide to go forward with the

11   prosecution at some point in the future then on behalf of

12   the company you're going to be waiving or giving up your

13   right to argue that noncompliance with the Speedy Trial Act

14   would justify dismissal of this case.  Do you understand

15   that?

16   A    I do, Your Honor.

17   Q    Understanding that waiver, are you prepared to waive

18   your rights under the Speedy Trial Act so that if the

19   government does decide within that three year period to

20   pursue the prosecution that you would not be able to raise

21   that as a grounds for dismissal?

22   A    Yes.

23   Q    You agree with that?

24   A    Yes, I do.

25             THE COURT:  Anything else on that?

1          MR. HELOU:  No, your Honor.

2          THE COURT:  Anything else besides what we've

3   already discussed?

4          MR. HELOU:  One more thing, your Honor.  At this

5   point I move to dismiss the initial information filed in

6   2012?

7          THE COURT:  Very well.  Any objection?

8          MR. SINGER:  No, your Honor.

9          THE COURT:  That will be granted.  Anything else?

10         MR. HELOU:  No, your Honor.  Unless you would like

11  to do the sentencing in case 17-007.

12         THE COURT:  Yes, based upon what you have

13  represented like I say I don't believe I'm going to get

14  anymore information that would cause me to feel that it

15  would be inappropriate to accept the plea based upon the

16  agreed upon sentence, so we can proceed.  Anything counsel

17  wants to say in reference to the sentence?

18         MR. HELOU:  No, your Honor.

19         MR. SINGER:  No, your Honor.

20         THE COURT:  Anything, sir, you want to say in

21  reference to that?

22         THE DEFENDANT:  No, your Honor.

23         THE COURT:  Very well.  Then I would conclude that

24  the 11(C)(1)(c) agreement that the parties have reached is

25  in fact reasonable, and therefore, I would accept that

1   agreement and that would be the penalty imposed by the

2   Court.

3           MR. HELOU:  Your Honor, should we officially call

4   the other case?

5           THE COURT:  We already had called it, but we can

6   recall it if you want.

7           MR. HELOU:  Okay.

8           THE COURT:  We can recall it.

9           MR. HELOU:  Thank you, your Honor.

10          THE DEPUTY CLERK:  Recalling the matter of United

11  States versus JERDS Luxembourg Holdings, Criminal Record

12  17-007.

13          MR. HELOU:  Good afternoon, your Honor.  Tarek

14  Helou for the United States with Tanja Venstad.

15          MR. SINGER:  Guy Singer, Ryan Rohlfsen and Anne

16  Murray on behalf of the defendant.

17          THE COURT:  Okay.  The representations I had just

18  previously made in reference to the sentence in this case

19  will obviously be incorporated, and I would as I said before

20  conclude that the agreed upon 11(C)(1)(c) sentence is in

21  fact reasonable and therefore, will be agreed to by the

22  Court.  Anything else?

23          MR. SINGER:  Not from the defense, your Honor.

24          MR. HELOU:  No, your Honor.

25          THE COURT:  Very well.

1          MR. HELOU:  Thank you, your Honor.

2          MR. SINGER:  Thank you, your Honor.

3          [Thereupon, the proceedings adjourned at 4:43

4          p.m.]

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                           CERTIFICATE

2            I, Cathryn J. Jones, an Official Court Reporter

3    for the United States District Court of the District of

4    Columbia, do hereby certify that I reported, by machine

5    shorthand, the proceedings had and testimony adduced in the

6    above case.

7            I further certify that the foregoing 18 pages

8    constitute the official transcript of said proceedings as

9    transcribed from my machine shorthand notes.

10           In witness whereof, I have hereto subscribed my

11   name, this the 2nd day of February, 2017.

12

13                         /s/_Cathryn J. Jones
                           Cathryn J. Jones, RPR
14                         Official Court Reporter

15

16

17

18

19

20

21

22

23

24

25
```

BY THE COURT: [11]  7/22 10/6 11/2
11/19 13/24 18/3 18/17 19/19 22/23
14/15 15/7
BY THE COURT:: [1]  22/14
MR. HELOU: [65]
MR. PHIPPS: [1]  7/21
MR. ROHLFSEN: [1]  3/16
MR. SINGER: [26]  3/12 4/6 4/13 4/16
5/9 5/12 10/4 18/2 18/16 19/2 19/5
19/9 19/12 19/15 19/18 24/17 25/1
25/9 3/9 14/8 14/10 16/7 16/18 17/14
17/22 18/1
THE COURT: [72]
THE DEFENDANT: [2]  14/14 16/21
THE DEPUTY CLERK: [4]  3/1 4/25
3/1 17/9

$
$16 [1]  24/14
$17,460,300 [1]  10/11
$17.46 [1]  6/21
$17.6 [1]  24/12
$25 [1]  6/2
$30 [1]  9/8
$400 [1]  6/4
$5.8 [2]  6/24 9/6
$6 [2]  24/13 6/22
$700,000 [1]  6/25

.
.x [2]  1/6 1/6

/
/s [2]  26/15 19/13

0
007 [5]  1/4 3/4 5/2 16/11 17/12

1
10019-6142 [2]  1/17 1/17
11 [9]  10/4 10/13 11/2 11/5 11/22 12/1
12/19 16/24 17/20
1152 [2]  1/19 1/19
12 [2]  15/10 15/12
12-80 [2]  1/4 3/3
13 [2]  1/5 1/5
1400 [2]  1/13 1/13
15 [3]  20/14 22/18 4/6
15th [2]  1/19 1/19
16 [2]  13/15 13/17
17-007 [5]  1/4 3/4 5/2 16/11 17/12
1706 [2]  1/20 1/20
18 [2]  22/19 19/7
18-page [1]  8/21
18th [1]  8/21
191 [2]  1/22 1/22
1977 [1]  22/18

2
20001 [2]  2/3 2/3
20005 [1]  1/14 1/14
20005-1706 [2]  1/20 1/20
2008 [1]  5/19
2009 [1]  5/19
2010 [2]  6/19 5/7
2012 [9]  3/20 3/25 5/16 9/20 9/22 9/23

10/4 10/5 5/6
2013 [3]  6/19 5/8 5/20
2015 [1]  3/21
2017 [4]  1/5 26/11 1/5 19/11
23 [2]  13/14 13/15
25 [1]  26/7
2nd [2]  26/11 19/11

3
32nd [2]  1/22 1/22
333 [2]  2/2 2/2
3:53 [1]  1/6
3i [11]  6/12 6/19 6/21 6/23 7/1 7/3 7/4
7/6 7/6 5/8 7/24

4
4302 [2]  1/23 1/23
4:32 [1]  25/11
4:43 [1]  18/3

5
51 [2]  1/17 1/17
52nd [2]  1/17 1/17

6
60606-4302 [2]  1/23 1/23
6142 [2]  1/17 1/17
6521 [2]  2/2 2/2

7
781 [1]  20/15
78m [1]  22/19

8
80 [2]  1/4 3/3

A
abetting [1]  5/5
able [1]  15/20
about [14]  9/18 16/7 18/25 19/4 22/2
23/20 24/9 24/25 7/3 7/6 9/1 9/9 13/3
13/7
above [2]  26/6 19/6
absolute [1]  12/22
accept [5]  23/2 23/11 23/22 16/15
16/25
accepted [1]  13/9
accounting [3]  4/5 4/18 5/25
accounts [2]  20/20 20/21
accurate [1]  9/22
acknowledge [1]  9/9
acquired [3]  3/21 4/22 5/3
Act [9]  22/17 14/5 14/14 14/17 14/21
15/1 15/4 15/13 15/18
acting [1]  8/20
actively [1]  12/20
activities [1]  7/21
activity [1]  12/22
Acts [1]  5/4
actual [1]  10/3
actually [4]  6/23 13/22 13/22 6/13
addition [2]  10/21 11/6
additional [1]  24/8
address [2]  9/4 10/18
addressed [1]  10/17
adduced [2]  26/5 19/5
adjourned [2]  25/11 18/3
admitted [1]  4/4

admitting [1]  4/25
afforded [1]  20/7
after [6]  6/15 14/19 24/16 10/5 10/6
10/7
afternoon [8]  3/2 3/7 3/12 3/17 3/20
3/6 3/10 17/13
again [6]  7/24 15/17 3/7 3/13 6/2
10/14
against [5]  8/11 17/10 3/20 12/15
14/20
agencies [1]  4/9
agent [1]  6/13
agents [1]  6/5
agree [6]  8/6 9/22 12/2 12/11 13/19
15/23
agreed [7]  12/2 12/11 4/17 13/15
16/16 17/20 17/21
agreement [54]
agreements [1]  8/18
agrees [1]  20/25
aided [2]  2/7 2/7
aiding [1]  5/4
all [11]  4/16 5/25 13/8 15/12 18/11
20/5 23/7 24/24 6/23 10/16 11/17
alleged [1]  9/19
allow [1]  6/20
already [2]  16/3 17/5
also [37]  3/10 5/21 9/15 13/11 14/15
15/4 16/4 16/15 16/17 16/25 17/1 17/6
17/8 17/19 18/14 18/16 23/9 3/25 4/9
4/11 4/15 4/19 5/14 6/10 6/11 6/14
6/19 6/21 6/22 6/23 9/25 10/24 11/23
12/21 13/21 13/23 14/10
although [3]  6/4 10/1 10/22
always [3]  8/17 9/1 11/8
am [5]  4/17 8/5 9/8 9/14 13/6
AMERICA [3]  1/3 1/3 3/2
American [1]  11/19
amount [6]  10/15 9/11 10/20 13/14
13/15 13/16
and-a-half [3]  24/13 24/14 6/22
Anne [6]  1/18 3/13 1/18 3/11 3/12
17/15
another [4]  3/21 4/6 4/22 6/25
answer [1]  7/4
any [27]  6/8 9/9 10/21 11/10 17/24
18/1 18/7 18/25 19/1 19/23 21/5 21/15
21/20 22/11 4/11 4/13 7/3 7/10 7/15
7/16 7/16 9/15 9/16 9/17 10/7 15/2
16/7
anymore [2]  13/6 16/14
anyone [2]  21/9 7/17
anything [14]  7/13 8/10 9/24 10/2
11/12 23/13 23/20 10/25 15/25 16/2
16/9 16/16 16/20 17/22
apologize [2]  10/14 10/1
appeal [7]  17/24 17/25 18/1 18/7
18/10 18/25 20/3
appear [2]  8/23 16/23
appearance [1]  14/4
APPEARANCES [2]  1/11 1/11
appears [3]  8/22 14/4 15/17
appellate [3]  17/21 17/23 18/11
applicable [1]  20/16
applied [1]  10/25
applies [1]  10/9
appreciate [1]  23/18

# A

**appropriate [12]**  12/3 12/7 12/9 19/23 23/22 6/16 7/1 7/2 12/16 12/19 13/19 13/23
**approximately [3]**  24/14 6/24 10/19
**are [36]**  6/2 7/9 7/10 7/11 9/6 9/12 9/15 9/19 9/22 11/7 13/8 16/6 17/6 17/21 19/1 19/3 19/25 21/1 21/20 22/11 23/9 23/21 3/12 3/17 4/20 7/5 7/25 8/19 8/20 9/8 10/16 11/7 11/17 12/11 12/21 15/17
**Argentina [1]**  9/24
**argue [1]**  15/13
**around [1]**  9/6
**arraignment [2]**  1/8 4/22
**ARRAIGNMENT/PLEA [1]**  1/8
**as [33]**  3/18 3/19 7/3 7/21 10/13 12/2 12/8 17/21 17/21 17/21 17/23 18/1 18/8 18/10 18/14 22/16 23/11 24/19 24/19 24/22 26/8 3/19 4/16 4/25 7/18 9/2 10/19 12/12 12/23 13/1 15/21 17/19 19/8
**aside [1]**  9/20
**ask [3]**  3/4 8/11 3/3
**assess [1]**  12/25
**assessment [2]**  6/4 25/8
**assets [1]**  20/22
**assistance [4]**  13/5 19/4 19/11 19/16
**associated [2]**  7/21 9/3
**assume [6]**  4/12 9/1 8/13 8/23 13/6 14/13
**assure [1]**  13/4
**attached [1]**  7/12
**attack [4]**  18/25 19/1 19/15 19/17
**Attorney [4]**  1/16 1/18 1/16 1/18
**Attorney-at-Law [4]**  1/16 1/18 1/16 1/18
**audit [1]**  5/22
**authority [1]**  18/20
**authorized [5]**  4/9 8/2 8/3 8/6 18/9
**Avenue [4]**  1/13 2/2 1/13 2/2
**away [1]**  8/25

# B

**back [2]**  12/13 19/24
**based [9]**  23/5 23/10 9/7 9/15 9/23 13/5 13/10 16/12 16/15
**basis [1]**  13/8
**be [53]**
**became [1]**  6/17
**because [9]**  7/4 17/14 21/6 21/12 21/24 6/7 10/11 12/20 14/21
**become [1]**  3/24
**been [18]**  4/13 7/20 8/9 21/5 21/18 23/6 24/2 5/12 6/3 6/12 7/12 8/3 8/4 11/9 11/15 13/2 13/15 14/24
**before [23]**  1/9 4/22 9/9 10/3 12/14 13/21 14/2 14/7 15/6 15/10 15/13 15/16 15/21 16/1 16/1 19/18 22/12 1/9 6/6 6/13 10/6 11/15 17/19
**behalf [25]**  3/14 3/18 4/6 8/3 8/6 14/20 15/18 16/19 17/2 19/18 19/25 20/4 20/7 21/21 22/1 22/8 22/16 23/4 3/11 8/20 14/10 14/25 14/25 15/11 17/16
**behavior [2]**  9/17 10/15
**being [11]**  7/7 10/21 13/8 16/15 17/6 17/19 21/15 23/9 7/11 13/17 15/3

**belief [1]**  9/15
**believe [6]**  4/4 10/15 9/25 11/4 11/25 16/13
**besides [2]**  17/25 16/2
**best [1]**  22/7
**between [6]**  6/19 11/22 3/18 5/7 10/20 12/10
**beyond [6]**  13/3 15/8 15/13 20/11 20/18 22/4
**Biomet [43]**  3/15 3/16 3/19 4/8 4/11 6/7 6/12 6/14 6/14 6/16 6/17 6/19 7/1 10/16 10/19 20/13 20/19 24/8 24/17 1/5 3/3 3/19 3/20 3/22 3/22 3/23 4/4 4/8 5/1 5/2 5/3 5/5 5/8 5/11 5/17 5/17 5/20 5/24 6/10 6/14 6/18 6/21 13/3
**Biomet's [5]**  6/25 7/5 20/21 20/22 6/19
**Biometic [1]**  5/19
**bit [1]**  4/24
**Bond [2]**  1/14 1/14
**bonuses [1]**  11/24
**books [7]**  5/5 5/20 7/1 7/5 20/20 20/21 22/22
**both [3]**  15/25 12/20 13/9
**bought [1]**  6/17
**Brazil [5]**  5/15 5/21 7/8 9/24
**Brazilian [1]**  5/16
**breaches [1]**  4/21
**bribed [2]**  5/9 8/9
**briberies [1]**  7/22
**bribery [1]**  7/20
**bribes [4]**  5/17 5/25 9/23 11/20
**brided [1]**  6/19
**Brief [2]**  13/24 24/6
**bring [4]**  14/18 16/6 19/17 14/18
**broker [2]**  5/9 6/8
**broker's [1]**  5/10
**brought [2]**  19/24 15/3
**Building [2]**  1/14 1/14
**burden [1]**  13/3
**business [3]**  8/24 9/5 9/9

# C

**calendar [1]**  3/17
**call [2]**  16/18 17/3
**called [7]**  6/12 6/13 14/17 17/10 3/21 5/8 17/5
**calls [2]**  6/5 11/11
**can [18]**  5/23 6/8 11/8 18/7 18/8 19/2 23/17 24/1 24/3 24/16 24/17 8/23 10/14 14/3 14/19 16/16 17/5 17/8
**cannot [1]**  8/16
**case [42]**  3/21 5/1 6/5 8/19 9/20 10/9 10/16 11/24 12/2 12/15 13/2 13/11 13/17 13/19 14/12 14/13 14/16 14/18 14/22 15/5 15/11 16/17 17/9 20/4 20/16 22/3 22/4 22/13 23/23 26/6 5/1 5/7 9/25 10/4 10/24 14/18 15/2 15/14 16/11 17/4 17/18 19/6
**Cathryn [8]**  2/1 26/2 26/15 26/16 2/1 19/2 19/13 19/14
**caught [1]**  10/16
**cause [1]**  16/14
**caused [2]**  7/1 20/19
**causing [1]**  5/19
**certainly [3]**  4/21 6/11 24/18
**CERTIFICATE [2]**  26/1 19/1
**certify [1]**  26/4 26/7 19/4 19/7

**Chad [5]**  4/4 4/7 7/19 7/25 3/14
**challenge [3]**  18/20 19/5 15/2
**charge [3]**  13/18 20/11 22/16
**charged [5]**  8/3 8/4 12/24 13/1 13/13
**charges [1]**  14/20
**charging [1]**  13/4
**Chicago [2]**  1/23 1/23
**China [1]**  9/24
**circumstances [1]**  24/25
**citizens [1]**  12/21
**claim [1]**  8/12
**Clerk [1]**  7/20
**Code [2]**  20/15 22/19
**coerced [1]**  21/9
**collateral [6]**  11/8 18/25 19/1 19/3 19/14 19/17
**collaterally [1]**  19/2
**COLUMBIA [4]**  1/2 26/4 1/2 19/4
**come [5]**  7/17 11/6 16/22 11/1 14/12
**comfortable [3]**  24/20 24/23 13/1
**comment [1]**  8/16
**community [2]**  13/15 15/11
**companies [2]**  8/23 11/1
**company [98]**
**company's [4]**  15/8 21/2 21/6 7/23
**compared [1]**  9/2
**complaints [1]**  21/20
**compliance [2]**  4/16 4/19
**computer [2]**  2/7 2/7
**computer-aided [2]**  2/7 2/7
**concern [3]**  8/17 9/9 10/11
**concerned [1]**  17/21
**concerns [2]**  9/1
**conclude [6]**  12/8 13/8 13/17 13/21 16/23 17/20
**concluding [2]**  23/3 12/19
**conditions [1]**  23/8
**conduct [19]**  6/15 6/18 10/3 3/25 3/25 4/10 4/10 5/6 5/7 5/14 10/7 10/13 10/21 11/2 11/9 12/3 12/4 12/7 13/13
**confident [3]**  4/15 9/6 9/8
**confused [1]**  11/4
**consequences [4]**  11/5 11/7 11/9 4/21
**consider [1]**  23/21
**considering [3]**  13/14 13/15 15/4
**consists [1]**  13/14
**consolidated [1]**  6/24
**constitute [2]**  26/8 19/8
**Constitution [2]**  2/2 2/2
**consult [1]**  24/5
**consultants [1]**  6/5
**continue [1]**  8/7
**continued [1]**  5/20
**contract [1]**  6/6
**contracts [1]**  6/9
**contradict [1]**  4/14
**controls [9]**  4/5 4/19 5/25 6/2 6/3 6/5 6/10 6/16 11/21
**convicted [1]**  15/14
**conviction [1]**  11/10
**convince [1]**  15/12
**cooperate [2]**  8/7 11/3
**cooperating [1]**  8/14
**corporate [17]**  4/13 6/23 6/24 6/25 7/16 8/2 13/23 16/12 17/1 17/15 22/12 23/4 3/14 4/8 4/17 11/1 11/8
**corporation [8]**  5/19 8/4 8/7 8/12 8/13

## C

corporation... [3]  23/10 14/25 15/1
correct [5]  3/22 10/12 19/16 19/19 8/1
Corrupt [2]  5/4 22/17
corruption [4]  4/12 5/11 5/12
cost [3]  8/24 9/5 9/9
could [19]  7/16 8/11 11/12 12/10
  12/12 14/21 15/14 17/13 17/13 19/17
  19/24 22/3 6/7 6/13 11/16 12/6 12/9
  12/14 13/13
counsel [10]  4/8 5/7 9/5 9/10 13/5
  16/9 19/5 21/18 24/5 16/16
counsel's [1]  3/9
count [5]  5/3 5/4 5/19 5/25 6/4
court [34]  1/1 2/1 2/1 2/2 6/6 6/6 10/18
  10/18 11/15 14/21 16/6 16/22 18/21
  18/22 19/18 23/16 23/16 24/19 26/2
  26/3 26/16 1/1 2/1 2/1 2/2 4/2 14/4
  14/5 14/6 17/2 17/22 19/2 19/3 19/14
covers [1]  5/14
CR [2]  1/4 1/4
credit [2]  6/6 10/19
criminal [13]  1/13 3/4 3/10 5/2 1/13
  3/3 3/8 9/12 9/13 9/25 12/1 12/5 17/11
criminally [2]  11/22 12/15
cross [1]  16/10
cross-examined [1]  16/10
culpability [1]  10/8
current [2]  3/23 10/24
custom [3]  5/9 5/9 5/9
customs [6]  6/20 6/21 5/11 6/8 8/9
  8/11

## D

D.C [4]  1/5 2/3 1/5 2/3
danger [1]  7/16
date [3]  23/17 24/17 25/4
dates [1]  10/3
day [2]  26/11 19/11
days [1]  14/7
DC [4]  1/14 1/20 1/14 1/20
decide [6]  12/12 12/25 15/7 12/14
  15/10 15/19
decided [1]  12/7
deciding [1]  23/22
defendant [23]  1/6 1/16 5/11 5/18 5/21
  6/1 6/16 8/1 10/22 10/25 20/13 20/19
  20/25 22/16 23/1 23/16 1/6 1/16 3/12
  3/23 14/19 14/20 17/16
defendants [1]  3/14
defense [2]  24/5 17/23
deferred [10]  3/18 4/3 6/17 6/20 8/21
  10/23 13/10 13/19 14/2 15/4
dental [1]  7/7
department [7]  1/12 23/25 1/12 4/8
  8/14 9/14 12/20
Deputy [1]  7/20
described [2]  3/25 4/1
desire [2]  20/7 23/18
detail [3]  5/22 7/11 13/6
detailed [1]  9/15
determination [1]  10/8
did [18]  8/16 12/6 12/25 14/4 14/6
  14/7 15/18 15/20 15/7 16/17 17/12
  20/21 5/24 6/8 10/4 10/7 11/20 12/3
different [1]  23/17
diligence [1]  6/4
disagree [1]  9/24
disciplined [1]  11/23
disclose [2]  4/10 11/2
disclosed [1]  10/21
discovered [1]  19/22
discrimination [1]  17/11
discuss [1]  9/10
discussed [3]  4/25 14/24 16/3
discussing [1]  11/21
disgorged [2]  6/23 10/1
disgorgement [1]  24/14
disgorging [1]  9/11
dismiss [1]  16/5
dismissal [2]  15/14 15/21
dismissed [2]  14/22 14/20
disposition [3]  12/2 12/4 12/7
dispositions [1]  20/22
distribution [1]  7/14
distributor [5]  5/17 5/19 5/20 5/22 6/2
DISTRICT [12]  1/1 1/2 1/10 2/2 26/3
  26/3 1/1 1/2 1/10 2/2 19/3 19/3
division [4]  1/13 3/10 1/13 3/8
do [85]
docked [1]  11/24
Docket [2]  1/4 1/4
document [9]  8/21 9/2 13/21 14/2 14/5
  14/10 15/16 15/19 15/24
documents [1]  6/11
does [15]  5/11 10/24 11/5 14/3 20/7
  22/19 22/25 23/24 24/1 24/3 9/3 11/7
  11/7 13/1 15/19
doesn't [5]  8/20 8/23 14/20 10/12
  14/19
doing [4]  8/19 8/24 9/5 9/9
dollar [1]  24/12
dollars [8]  6/2 24/14 24/15 6/21 6/22
  6/24 9/6 9/8
don't [7]  8/22 19/6 23/20 23/23 23/24
  13/6 16/13
doubt [6]  13/4 15/9 15/13 20/11 20/19
  22/4
down [1]  7/7
DPA [16]  6/7 10/16 24/8 24/12 24/20
  3/25 4/7 4/14 4/21 4/23 4/25 5/14 5/16
  7/3 9/20 9/22
Drive [2]  1/22 1/22
due [1]  6/4
duly [1]  7/20
during [6]  13/2 13/5 16/5 16/17 17/9
  20/15

## E

Each [1]  16/7
earlier [2]  7/3 10/19
effective [5]  4/5 4/16 5/24 6/15 11/21
effectively [2]  11/2 11/22
either [3]  15/5 9/16 13/7
elements [1]  21/1
else [8]  7/13 10/2 23/13 13/25 15/25
  16/2 16/9 17/22
employee [1]  5/21
employees [3]  5/18 7/23 7/24
encompassed [1]  22/18
end [1]  11/4
enforcement [1]  4/9
engage [1]  10/15
engaged [1]  12/4
enough [2]  24/20 24/25
ensure [3]  5/25 6/16/15
entail [1]  12/7
enter [6]  12/22 12/25 18/21 20/8 22/13
  5/15
entered [5]  12/14 21/15 22/9 24/12
  11/10
entering [12]  4/1 5/13 13/9 14/11 15/1
  15/25 16/14 17/5 17/18 20/6 21/10
  21/12
entitled [3]  13/21 14/3 15/16
entity [1]  7/8
Esquire [4]  1/12 1/21 1/12 1/21
essentially [1]  12/11
establish [1]  21/2
event [2]  10/4 10/5
events [1]  10/4
ever [1]  7/10
everything [2]  8/20 9/6
evidence [3]  15/6 19/22 9/16
exacted [1]  13/18
examined [2]  7/21 16/10
example [3]  11/8 12/8 11/24
exclude [1]  14/5
excluding [1]  14/7
Excuse [2]  3/24 10/14
executed [1]  6/6
explained [3]  20/5 5/6 14/13
explicitly [1]  12/11
extreme [1]  11/6

## F

faces [1]  23/10
fact [10]  9/2 9/22 14/4 15/18 17/22
  12/24 13/15 15/4 16/25 17/21
factors [1]  23/21
facts [12]  6/9 7/9 7/10 7/12 9/19 9/22
  9/25 4/1 4/11 4/15 4/24 5/15
failed [1]  11/23
failing [1]  4/4
fair [1]  9/1
fairly [1]  20/21
false [5]  6/25 7/1 7/5 8/12 20/20
falsely [1]  6/22
familiar [1]  23/7
far [1]  17/21
FCPA [4]  5/6 5/20 4/6 5/6
February [2]  26/11 19/11
feel [4]  22/3 24/23 10/14 16/14
felony [1]  11/10
felt [1]  12/15
few [1]  14/7
file [2]  14/21 11/25
filed [4]  4/24 5/3 4/2 16/5
finally [1]  6/13
financial [2]  11/10 11/11
finding [1]  23/11
fine [15]  6/2 6/5 6/6 6/8 10/18 10/19
  11/18 12/8 24/12 24/13 6/21 6/22 8/25
  9/25 13/14
fines [1]  10/8
fired [5]  11/10 11/12 11/15 11/15 12/3
first [5]  3/8 4/23 7/20 16/9 4/8 10/19
five [4]  6/3 9/10 10/20 11/14
flags [1]  11/23
Floor [2]  1/22 1/22
following [1]  20/12

## F

**follows** [1]  7/21
**force** [1]  16/22
**forced** [1]  21/9
**forcing** [1]  13/1
**foregoing** [2]  26/7 19/7
**Foreign** [2]  5/4 22/17
**forfeited** [1]  13/9
**formal** [1]  5/7
**forth** [1]  23/8
**forward** [8]  3/5 7/17 12/10 13/19 24/24
  25/1 3/4 15/10
**found** [1]  19/22
**four** [1]  3/17
**freedom** [1]  8/25
**fully** [1]  6/6
**further** [4]  9/10 16/10 26/7 19/7
**future** [3]  24/17 25/4 15/11

## G

**gain** [1]  6/3
**gave** [1]  18/9
**general** [2]  4/8 9/9
**generally** [4]  19/21 23/25 8/22 11/3
**get** [9]  4/19 6/21 23/19 4/24 5/10 8/19
  10/16 13/6 16/13
**gets** [2]  8/22 8/22
**give** [4]  18/8 24/4 13/1 13/8
**given** [4]  14/23 16/15 17/6 17/19
**gives** [2]  10/11 12/18
**giving** [8]  14/11 15/2 15/25 18/11
  18/20 18/24 20/6 15/12
**go** [11]  5/22 5/24 6/9 12/10 12/14
  13/19 14/16 15/5 16/5 16/17 15/10
**going** [10]  4/1 8/11 12/1 5/10 10/13
  10/16 13/6 15/5 15/12 16/13
**Good** [6]  3/12 3/17 3/20 3/6 3/10
  17/13
**got** [1]  24/10
**government** [31]  1/12 4/19 5/15 10/9
  11/23 12/8 13/1 13/2 14/17 14/20 15/8
  15/11 16/5 16/9 20/10 20/12 20/18
  21/1 22/2 22/3 1/12 3/18 4/20 8/13
  12/10 12/24 14/6 14/17 14/19 15/10
  15/19
**Grand** [2]  13/12 13/14 13/16 14/12
  14/13
**granted** [1]  16/9
**GRAY** [4]  1/21 3/18 1/21 3/13
**gross** [1]  6/3
**grounds** [2]  14/22 15/21
**guess** [2]  25/7 13/5
**guideline** [1]  13/16
**guidelines** [3]  10/25 11/4 11/6
**guilt** [2]  15/8 21/2
**guilty** [37]  5/13 5/18 12/13 12/22 13/1
  13/3 13/9 14/11 15/1 15/13 15/25
  16/14 17/5 17/16 17/18 18/21 20/6
  20/8 20/11 21/6 21/10 21/12 21/13
  21/24 21/24 22/4 22/8 22/13 22/20
  22/20 22/25 22/25 23/1 23/3 24/10
  6/19 11/7
**Guy** [5]  1/16 3/13 1/16 3/10 17/15

## H

**had** [11]  15/8 26/5 5/12 6/12 11/9
  11/24 12/1 14/3 17/5 17/17 19/5

**half** [4]  24/13 24/14 6/22 13/3
**happen** [2]  11/7 11/8
**happy** [1]  7/4
**harmed** [1]  7/18
**has** [18]  4/12 4/14 12/21 14/17 21/9
  23/6 24/20 3/24 4/4 4/9 4/17 4/19 6/19
  6/21 6/23 13/14 14/13 14/17
**have** [72]
**having** [2]  7/20 11/5
**he** [6]  4/15 19/2 19/17 23/7 14/10
  14/11
**he's** [2]  4/9 4/10
**head** [1]  19/7
**hear** [3]  8/16 15/11 25/7
**heard** [3]  9/18 13/17 14/12
**hearing** [3]  1/8 24/17 1/8
**hears** [1]  24/20
**Helou** [5]  1/12 3/7 1/12 3/7 17/14
**here** [20]  3/8 4/6 6/18 7/6 10/16 11/2
  24/10 3/7 4/3 5/18 7/1 8/3 9/5 9/8
  9/9 10/21 10/24 11/6 14/10
**hereby** [2]  26/4 19/4
**hereto** [2]  26/10 19/10
**HERRINGTON** [6]  1/16 1/19 3/14 1/16
  1/19 3/12
**him** [2]  7/17 10/2
**hip** [1]  7/9
**his** [1]  8/22
**history** [1]  23/20
**Holding** [2]  4/3 4/10
**HOLDINGS** [13]  1/5 3/4 3/15 3/15 3/19
  4/9 5/3 6/7 6/13 3/19 3/21 5/2 17/11
**honest** [1]  19/6
**Honor** [94]
**Honor's** [1]  4/7
**HONORABLE** [2]  1/9 1/9
**hook** [1]  12/12
**how** [6]  5/11 11/5 22/19 22/25 23/23
  11/12
**however** [5]  12/6 12/15 12/21 23/16
  5/13

## I

**I'd** [1]  24/9
**I'll** [4]  5/15 5/24 25/1 25/7
**I'm** [9]  3/8 8/2 8/11 8/20 11/4 20/25 3/7
  7/3 16/13
**identify** [2]  3/5 3/4
**IIH's** [1]  6/24
**IL** [2]  1/23 1/23
**illegal** [4]  17/24 18/7 9/17 10/15
**immediately** [1]  10/22
**Implant** [1]  6/13
**implants** [2]  7/9 7/9
**implement** [4]  4/4 4/15 5/24 11/21
**implemented** [2]  6/11 6/14
**important** [1]  23/19
**impose** [5]  6/6 10/18 10/18 11/18 18/8
**imposed** [2]  6/8 17/24 17/1
**imposes** [1]  4/7
**inappropriate** [1]  16/15
**Inc** [5]  3/16 4/3 6/7 3/19 3/20
**including** [2]  6/22 23/8
**incorporated** [9]  3/15 4/11 6/14 6/14
  1/5 3/3 3/22 5/1 17/19
**indicated** [3]  10/9 8/8 13/6
**indicates** [1]  14/24

**indication** [4]  17/16 7/10 7/15 7/17
**indict** [1]  13/18
**indicted** [2]  13/11 14/13
**indictment** [3]  5/21 13/22 14/3
**indirect** [1]  5/8
**individual** [1]  9/2
**individually** [1]  8/19
**individuals** [20]  16/7 7/21 7/25 8/2
  8/18 8/20 9/2 11/9 11/12 11/17 11/19
  11/22 12/1 12/2 12/11 12/15 12/21
  12/25 13/4 13/12
**ineffective** [3]  19/4 19/10 19/16
**information** [16]  3/23 3/25 4/24 5/3
  5/8 6/1 7/11 24/20 24/23 24/24 3/24
  4/1 4/11 13/7 16/5 16/14
**initial** [1]  16/5
**initially** [1]  3/20
**Innovations** [1]  6/13
**inquires** [1]  22/11
**inquiry** [1]  10/4
**insight** [1]  24/9
**instances** [1]  4/12
**instead** [1]  7/6
**intelligent** [2]  23/3 23/12
**intent** [1]  12/1
**interest** [5]  6/18 22/7 3/24 6/25 9/12
**internal** [6]  4/5 4/18 5/22 5/24 6/10
  11/21
**introduced** [1]  6/3
**investigating** [1]  12/25
**investigation** [7]  23/24 8/5 8/7 8/15
  10/2 12/13 13/11
**investigations** [2]  11/1 11/8
**involved** [4]  7/22 9/17 11/20 12/22
**is** [126]
**isn't** [1]  13/23
**issue** [4]  19/23 23/14 12/10 14/1
**issuer** [6]  5/19 6/14 20/13 5/2 5/4 5/5
**issues** [1]  5/12
**it** [48]
**it's** [10]  4/24 5/21 13/22 22/7 23/19
  23/22 24/2 25/3 9/12 9/13
**its** [13]  6/17 14/12 14/23 15/2 16/19
  16/25 17/11 17/15 23/4 5/9 5/18 5/20
  6/8
**itself** [3]  9/16 10/3 17/13

## J

**January** [2]  1/5 1/5
**JERDS** [18]  1/5 3/3 3/15 3/18 4/3 4/9
  5/2 6/8 6/11 6/12 7/3 7/4 7/4 7/5 24/10
  5/7 6/19 17/11
**JERDS's** [1]  7/1
**joint** [1]  24/4
**jointly** [2]  23/15 14/4
**Jones** [8]  2/1 26/2 26/15 26/16 2/1
  19/2 19/13 19/14
**JUDGE** [6]  1/9 1/10 15/6 16/1 1/9 1/10
**Jurisdiction** [1]  18/15
**jury** [9]  13/12 13/14 13/16 14/12 14/13
  15/10 15/17 16/2 17/13
**just** [6]  8/16 20/5 21/6 8/23 10/3 17/17
**JUSTICE** [4]  1/12 1/12 8/14 9/13
**justify** [1]  15/14

## K

**keeping** [1]  18/1

**K**

key [1] 24/22
knew [1] 5/11
know [12] 16/7 19/8 22/1 23/20 23/23
23/24 24/25 9/19 9/20 10/16 11/13
12/18
knowing [4] 12/10 22/1 23/3 23/11
knowingly [1] 20/19
knows [1] 22/2

**L**

labeled [1] 7/14
larger [1] 24/11
last [3] 3/9 19/8 13/3
lasts [1] 14/3
Later [1] 6/15
law [7] 1/16 1/18 18/7 18/9 1/16 1/18
4/9
laws [1] 6/15
lawyer [2] 14/13 14/24
lawyers [6] 9/4 14/7 14/20 15/21 16/10
14/13
learning [1] 10/22
least [3] 13/15 13/17 13/12
led [1] 5/15
left [1] 11/15
legal [1] 21/21
leniency [1] 21/6
Let [2] 4/24 10/18
letter [1] 11/25
liable [1] 11/22
like [9] 4/21 5/22 21/20 23/17 24/9
24/16 25/2 16/10 16/13
limited [1] 20/3
little [3] 7/11 11/4 4/24
ll [1] 10/24
LLP [4] 1/16 1/19 1/16 1/19
long [1] 24/19
longer [1] 7/7
looked [1] 19/8
loss [1] 6/3
lot [1] 13/2
low [1] 11/4
lower [1] 11/3
LUXEMBOURG [8] 1/5 3/3 3/15 3/18
4/3 4/9 5/3 17/11

**M**

machine [6] 2/7 26/4 26/9 2/7 19/4
19/9
made [10] 8/13 9/16 21/5 6/7 6/14
6/16 9/6 9/11 10/9 17/18
maintain [2] 7/1 20/20
make [4] 21/21 22/12 24/3 25/8
making [2] 5/21 4/13
many [1] 11/12
market [1] 5/20
matter [7] 3/3 3/11 6/8 25/5 3/15 3/19
17/10
maximum [1] 6/1
may [1] 24/8
maybe [4] 8/20 8/23 10/12 10/14
MB [1] 4/7
me [23] 3/24 5/22 10/14 13/21 14/2
15/7 15/16 16/22 19/24 23/19 23/22
24/4 24/25 4/24 10/11 10/18 12/18
12/22 13/1 13/8 13/16 13/19 16/14

**mean [3]** 11/15 23/18 24/24
means [4] 14/11 15/6 15/10 17/11
medical [1] 7/8
members [1] 5/13
memorandum [1] 5/23
mention [2] 24/9 6/17
merely [1] 17/14
Mexican [3] 7/25 8/10 8/13
Mexicans [1] 11/18
Mexico [22] 6/12 6/19 6/20 6/21 6/21
7/1 7/3 7/4 7/6 7/6 5/6 5/8 5/10 5/11
5/13 5/25 6/7 7/7 7/15 7/24 7/24 12/21
Mexico's [1] 6/23
middle [3] 10/25 11/5 13/16
million [9] 6/2 24/12 24/13 24/15 6/21
6/22 6/24 9/6 9/8
money [1] 10/17
monitor [1] 4/17
monitorship [1] 4/23
more [6] 7/11 9/15 6/14 9/10 9/10 16/4
most [3] 4/18 17/22 18/24
motion [2] 14/21 14/7
move [3] 24/19 25/1 16/5
moving [1] 24/23
Mr [1] 4/8
Murray [5] 1/18 3/13 1/18 3/11 17/16
must [3] 17/15 4/8 4/15
my [6] 10/5 19/7 26/9 26/10 19/9 19/10
myself [1] 17/13

**N**

N.W [2] 2/2 2/2
name [5] 3/9 3/9 7/24 26/11 19/11
need [6] 9/9 10/2 22/12 23/13 23/21
14/12
needs [1] 7/14
new [5] 1/13 1/17 1/13 1/17 4/23
newly [1] 19/21
next [1] 14/7
night [1] 19/8
no [30] 1/4 6/5 7/7 7/15 9/11 10/1 10/6
10/23 11/4 11/11 18/3 19/14 21/8
21/11 21/16 21/23 22/14 1/4 7/13 7/15
7/17 7/19 8/12 16/1 16/8 16/10 16/18
16/19 16/22 17/24
nobody [1] 8/22
nobody's [1] 8/25
noncompliance [2] 14/21 15/13
none [1] 12/12
North [2] 1/22 1/22
not [41] 10/5 10/18 11/18 12/6 12/11
12/22 12/25 13/22 14/23 16/21 17/12
17/13 17/14 19/10 19/13 20/21 22/20
22/25 25/3 5/24 6/1 6/2 6/8 7/11 7/14
8/4 8/11 9/19 10/2 10/13 11/7 11/20
11/20 11/22 11/25 12/11 12/22 13/9
15/3 15/20 17/23
notes [2] 26/9 19/9
now [17] 6/9 6/17 8/9 11/9 14/2 14/3
17/21 20/3 20/10 21/5 23/16 25/6 3/22
5/2 5/14 9/20 14/3
NW [4] 1/13 1/19 1/13 1/19
NY [2] 1/17 1/17

**O**

oath [3] 7/17 8/9 16/8
objection [1] 16/7

**obligation [2]** 14/18 14/17
obligations [3] 4/7 4/20 4/22
obviously [9] 12/1 12/3 17/24 18/7
18/14 24/11 8/18 9/19 17/19
occur [1] 10/7
occurred [4] 6/16 14/19 5/1 5/14
off [2] 19/7 12/11
offense [2] 13/18 14/19
office [1] 24/4
official [9] 2/1 26/2 26/8 26/16 2/1
11/25 19/2 19/8 19/14
officially [1] 17/3
officials [5] 6/20 5/9 8/9 8/10 8/11
okay [24] 4/5 4/18 5/15 7/13 8/16 8/20
9/1 9/12 10/2 10/8 10/21 10/24 11/4
11/19 12/21 14/2 18/19 20/3 25/5 25/7
3/16 14/6 17/7 17/17
once [3] 24/7 24/20 3/13
one [16] 5/3 5/4 5/18 5/25 9/1 24/5
24/7 24/9 5/25 6/17 8/5 11/10 11/15
12/9 14/1 16/4
ongoing [3] 8/5 12/13 13/11
only [1] 23/14
operating [1] 7/8
option [1] 12/10
order [4] 13/18 20/10 21/2 14/7
ORRICK [6] 1/16 1/19 3/1 1/16 1/19
3/12
orthopedic [1] 7/9
other [22] 10/16 11/7 12/9 16/11 18/1
18/1 19/23 21/15 22/11 23/21 25/5
4/9 4/11 5/1 6/11 7/3 9/17 11/21 11/23
12/9 14/1 17/4
otherwise [3] 18/10 18/12 13/13
our [6] 9/5 11/18 24/12 8/5 8/7 12/12
out [3] 19/22 9/7 10/17
out some [1] 10/17
outline [1] 4/20
outside [2] 9/5 18/9
over [1] 9/8
oversight [1] 6/15
owned [5] 6/11 6/12 6/13 7/3 7/4

**P**

p.m [3] 1/6 25/12 18/4
page [3] 8/21 8/21 8/23
pages [2] 26/7 19/7
paid [9] 6/23 5/17 6/1 6/21 8/22 9/10
9/23 9/24 10/8 10/21 13/14
paralegal [2] 3/10 3/8
parent [2] 20/13 9/16 13/7
part [3] 24/11 4/16 5/15
parties [3] 3/4 10/17 12/3 23/15 3/4
14/4 16/24
parts [1] 9/4
party [2] 6/4 6/6 6/13
pass [1] 4/23
past [1] 9/18
pause [2] 13/24 24/6
pay [9] 6/20 6/22 6/25 8/24 9/7 9/10
9/12 11/3 11/5
paying [5] 6/8 9/12 9/13 10/19 11/20
payment [6] 6/7 10/19 10/20 6/6 6/13
6/15
payments [3] 6/22 6/16 9/7
penalized [1] 13/13
penalties [4] 6/2 23/9 23/10 12/5

**P**

**penalty [20]** 10/8 10/11 10/15 10/21 11/4 11/10 11/11 11/13 11/23 11/24 12/9 12/12 9/12 9/13 10/24 10/25 11/3 13/17 13/22 17/1
**people [7]** 13/15 13/16 13/17 15/10 15/12 16/6 16/21
**per [1]** 6/4
**period [4]** 14/19 20/15 14/18 15/19
**perjury [1]** 8/12
**person [1]** 11/16
**Phipps [6]** 4/4 4/7 4/8 7/19 7/25 3/14
**place [4]** 7/17 22/2 10/5 10/6
**placed [2]** 8/9 16/8
**Plaintiff [2]** 1/3 1/3
**play [1]** 11/6
**plea [49]**
**plead [5]** 5/11 5/18 7/14 22/20 22/25
**pleaded [2]** 21/24 6/19
**pleading [5]** 6/1 7/6 21/6 24/10 11/7
**pleads [1]** 23/1
**please [3]** 3/6 7/17 3/5
**plus [1]** 9/11
**point [3]** 24/9 15/11 16/5
**position [4]** 8/1 12/6 12/13 19/23
**possibility [1]** 12/7
**potential [3]** 23/10 5/12 13/12
**Practices [2]** 5/4 22/17
**predicate [1]** 11/13
**prefer [1]** 24/18
**prejudgment [1]** 6/25
**prepared [1]** 15/17
**prescription [1]** 18/8
**presence [1]** 16/11
**present [3]** 4/8 13/16 17/12
**presented [1]** 15/7
**presentence [1]** 23/24
**presenting [1]** 17/14
**president [1]** 4/10
**press [1]** 13/3
**previous [2]** 5/12 10/23
**previously [1]** 17/18
**priority [1]** 13/4
**prison [1]** 8/19 8/22 12/8
**privilege [1]** 17/10
**probably [1]** 4/18
**probation [5]** 6/3 23/25 24/1 24/3 24/4
**proceed [3]** 12/18 12/14 16/16
**proceeding [2]** 6/17 24/8
**proceedings [8]** 2/7 25/11 26/5 26/8 2/7 18/3 19/5 19/8
**process [2]** 7/7 6/15
**produced [2]** 2/7 2/7
**products [10]** 6/21 5/10 5/17 5/21 7/5 7/7 7/8 7/11 7/15 7/18
**profits [5]** 6/23 9/11 9/11 10/1 10/20
**program [2]** 4/16 4/19
**prohibited [2]** 4/13 5/18
**promises [1]** 21/5
**proof [1]** 6/12
**properly [1]** 7/14
**proposed [1]** 14/7
**prosecuted [1]** 8/2
**prosecution [12]** 3/18 4/3 6/18 6/20 8/21 10/23 13/10 13/20 14/2 15/5 15/11 15/20
**prosecutor [4]** 8/16 9/13 9/18 9/24
**prove [5]** 20/10 20/12 20/18 21/2 22/3
**proven [1]** 15/8
**provided [2]** 21/18 21/22
**proving [1]** 13/3
**provision [4]** 5/6 22/21 22/23 4/6
**Provisions [1]** 5/20
**prudent [1]** 4/19
**PSR [1]** 23/17
**public [1]** 4/13
**purposes [1]** 6/18
**pursuant [4]** 10/22 20/14 4/25 6/16
**pursue [1]** 15/20
**pursuing [1]** 12/20
**put [2]** 7/14 12/13
**puts [1]** 18/8
**Putting [1]** 9/20

**Q**

**quality [1]** 7/11
**questioned [2]** 16/9 16/10
**questions [2]** 8/11 7/3

**R**

**raise [2]** 19/2 15/20
**raised [1]** 5/12
**range [3]** 10/25 11/4 11/6
**rather [1]** 11/6
**reached [1]** 16/24
**reading [1]** 5/7
**reason [3]** 7/5 21/15 15/9
**reasonable [12]** 13/4 14/18 15/9 15/13 20/11 20/19 22/4 13/18 13/23 14/18 16/25 17/21
**reasons [1]** 11/10
**recall [3]** 3/19 17/6 17/8
**Recalling [1]** 17/10
**recognize [1]** 11/23
**record [8]** 3/4 3/5 4/20 5/2 7/14 3/3 3/5 17/11
**recorded [1]** 2/7 6/22 2/7
**records [12]** 5/5 5/20 6/22 6/23 6/24 6/25 6/25 7/2 7/5 20/20 20/21 22/23
**red [1]** 11/23
**reference [14]** 8/7 9/13 9/25 11/13 19/24 7/20 8/14 8/17 10/4 12/2 13/21 16/17 16/21 17/18
**references [1]** 5/22
**reflect [1]** 20/21
**regard [2]** 11/21 13/23
**regarding [7]** 7/13 10/3 11/23 17/25 21/21 22/2 13/22
**regards [1]** 8/13
**REGGIE [2]** 1/9 1/9
**registered [1]** 20/14
**reject [2]** 11/15 11/17
**related [8]** 6/8 6/17 6/22 10/15 4/10 5/13 5/16 14/1
**relevant [2]** 19/22 20/15
**remain [1]** 15/5
**remaining [1]** 23/14
**remediate [1]** 11/2
**remember [1]** 19/7
**removed [1]** 5/22
**rendered [2]** 6/12 6/13
**reported [2]** 26/4 19/4
**Reporter [3]** 2/1 2/1 26/2 26/16 2/1 2/1 19/2 19/14
**reporting [1]** 4/20
**representation [3]** 21/18 21/22 23/5
**representations [3]** 9/16 13/11 17/17
**representative [13]** 4/4 4/5 4/13 7/17 8/2 13/23 16/12 17/1 17/15 22/12 23/5 23/7 3/14
**representatives [2]** 16/25 17/12
**represented [1]** 16/13
**request [5]** 10/17 11/18 23/15 14/4 14/20
**requesting [1]** 14/21
**required [6]** 10/22 6/4 6/5 6/11 10/23 15/3
**requirements [1]** 8/6
**requires [2]** 5/18 6/20
**reserved [2]** 19/2 19/5
**resolution [5]** 24/10 24/13 24/21 7/1 7/2
**resolutions [1]** 24/11
**resolve [1]** 9/25
**resolved [2]** 12/15 23/19
**response [1]** 8/10
**responsible [7]** 7/4 11/9 13/12
**result [2]** 18/2 7/18
**retained [1]** 17/25
**retaining [2]** 19/25 20/4
**retention [1]** 6/4
**review [5]** 5/15 10/2 14/7 15/21 4/18
**reviewed [4]** 4/13 9/2 9/4 23/6
**revisit [1]** 24/16
**right [35]** 3/21 5/25 10/11 12/22 13/4 13/11 14/12 14/13 14/17 14/23 15/2 15/5 15/9 15/25 16/1 16/15 16/18 16/22 17/1 17/10 17/19 17/23 17/25 18/10 18/16 18/20 19/18 20/1 20/3 22/20 24/19 25/6 7/22 15/6 15/13
**rights [14]** 13/8 17/6 17/21 17/23 18/1 18/11 18/24 19/1 19/2 19/3 20/5 23/9 15/1 15/18
**risk [1]** 10/15
**risks [1]** 5/11
**Rohlfsen [5]** 1/21 3/18 1/21 3/11 17/15
**room [3]** 2/2 13/16 2/2
**ROPES [4]** 1/21 3/18 1/21 3/13
**RPR [4]** 2/1 26/16 2/1 19/14
**Rule [2]** 10/4 12/19
**Ryan [6]** 1/21 3/17 1/21 3/11 3/13 17/15

**S**

**said [12]** 7/3 8/16 9/13 9/18 9/25 12/8 26/8 10/19 12/12 15/5 17/19 19/8
**same [1]** 5/7
**sanctioned [1]** 12/3
**satisfied [1]** 21/17
**say [8]** 8/10 17/13 17/13 25/8 13/1 16/13 16/17 16/20
**scheme [1]** 9/6
**schemes [1]** 6/24
**seated [1]** 3/8
**SEC [5]** 24/13 6/22 9/12 9/13 10/1
**second [2]** 20/18 24/5
**secretary [1]** 4/10
**Section [4]** 20/15 22/19 22/19 4/7
**securities [2]** 6/15 20/14 5/5
**see [3]** 8/21 8/22 10/3

**S**

seem [1] 10/12
seems [1] 13/16
selected [2] 13/15 15/10
self [1] 17/11
self-discrimination [1] 17/11
sell [1] 5/17
senior [5] 1/9 4/10 1/9 5/13 5/21
sent [3] 4/2 8/19 8/22
sentence [10] 17/24 18/7 18/8 18/9
19/25 23/16 16/16 16/17 17/18 17/20
sentencing [6] 19/23 23/15 23/17
24/19 25/4 16/11
services [1] 6/12
set [4] 23/8 23/17 24/17 25/3
several [1] 4/7
She's [1] 3/9
shorthand [6] 2/7 26/5 26/9 2/7 19/5
19/9
should [15] 4/23 8/9 11/23 11/24
14/15 15/4 16/4 17/8 6/3 6/10 6/14
7/12 12/25 13/9 17/3
sign [2] 14/4 15/18
signatory [1] 4/9
signature [4] 8/22 8/22 14/4 15/17
signed [4] 13/22 13/23 14/7 15/22
signing [4] 14/10 15/17 15/24 12/12
since [2] 24/2 14/3
Singer [5] 1/16 3/13 1/16 3/11 17/15
sir [10] 7/24 9/11 21/14 21/16 21/23
21/25 14/12 14/12 14/15 16/20
six [1] 10/20
so [18] 7/3 9/1 10/16 10/24 11/4 11/12
19/17 23/10 23/23 25/5 7/7 7/17 9/8
11/5 12/14 13/10 15/18 16/16
solace [1] 12/19
sold [1] 7/11
some [12] 12/9 16/11 17/15 24/8 7/13
10/11 10/17 12/3 12/19 13/1 15/9
15/11
somebody's [1] 9/3
something [1] 16/7
sometimes [1] 8/23
sorry [2] 8/20 21/1
speak [1] 8/3
special [1] 6/4
Specifically [2] 6/2 7/24
speculate [1] 12/23
speedy [10] 14/17 14/23 15/2 14/5
14/14 14/21 15/1 15/4 15/13 15/18
spelled [1] 3/9
stand [1] 17/2
standpoint [1] 10/5
starting [1] 5/19
Statement [4] 7/12 4/1 4/11 4/15
statements [2] 8/13 4/14
states [18] 1/1 1/3 1/10 3/3 3/8 5/2
20/15 22/18 26/3 3/1 1/3 1/10 3/2 3/7
12/11 17/11 17/14 19/3
STATUS [1] 1/8
step [2] 3/5 3/4
still [4] 20/7 12/14 12/20 12/24
Street [4] 1/17 1/19 1/17 1/19
subagents [3] 6/20 5/10 6/8
subject [1] 12/5
submission [1] 24/4
submit [1] 14/6

subpar [2] 7/12 7/16
subscribed [2] 26/10 19/10
subsidiaries [4] 5/18 7/24 9/17 13/8
subsidiary [3] 5/8 6/19 11/7
successor [2] 6/17 3/24
such [1] 20/20
sufficient [4] 24/23 24/25 13/17 13/18
suggest [2] 10/12 12/22
superseding [1] 3/23
support [1] 9/19
supposed [1] 16/6
SUTCLIFFE [6] 1/16 1/19 3/14 1/16
1/19 3/13
sworn [1] 7/20
system [1] 4/4

**T**

T-A-N-J-A [1] 3/9
table [1] 3/9
take [7] 12/6 13/1 17/1 25/1 4/17 10/5
10/14
taken [1] 8/25
talking [1] 7/5
Tanja [3] 3/8 3/7 17/14
Tarek [5] 1/12 3/7 1/12 3/6 17/13
tell [1] 16/8
term [2] 6/3 4/17
terms [8] 4/16 4/20 5/16 11/10 12/1
23/7 4/14 9/5
testified [1] 7/21
testify [2] 16/19 17/2
testimony [4] 17/12 17/14 26/5 19/5
than [3] 9/10 9/10 11/3
Thank [5] 5/17 25/9 25/10 13/24 17/9
18/1 18/2
that [235]
that's [13] 3/22 9/1 10/12 19/22 21/18
24/22 4/5 5/7 8/23 9/1 1 11/10 13/15
14/24
their [2] 11/24 11/25
them [3] 16/22 7/14 7/16
then [11] 6/21 6/24 11/5 12/9 13/1
14/20 16/9 25/1 14/19 15/11 16/23
there [31] 3/21 7/11 8/12 10/2 10/21
11/4 11/7 11/8 11/12 17/8 17/22 17/23
18/1 18/14 18/15 18/25 19/1 21/20
22/11 23/21 4/20 7/10 7/13 7/16 7/21
8/3 8/8 9/15 9/19 11/14 14/1
there's [8] 5/3 19/14 19/21 7/15 7/17
8/21 13/2 13/12
therefore [7] 7/1 8/3 8/24 13/18 15/9
16/25 17/21
Thereupon [3] 7/18 25/11 18/3
these [8] 6/23 7/11 7/18 7/25 8/18
8/19 10/4 11/17
they [21] 16/8 7/7 7/8 7/12 7/12 8/3
8/4 8/19 9/25 10/6 10/14 10/14 10/16
10/16 10/22 11/3 11/19 11/20 11/24
12/4 12/23
they'd [1] 16/11
thing [4] 24/7 24/9 6/17 16/4
things [2] 20/12 8/19
think [9] 4/18 12/7 22/7 23/19 23/23
24/24 6/25 7/8 12/18
third [3] 6/4 6/6 6/12
this [73]
thoroughly [3] 4/13 9/2 23/6

those [23] 5/22 6/22 6/25 7/9 7/10
9/22 9/25 13/8 13/15 13/17 15/12 16/6
16/7 16/21 17/6 21/1 7/22 7/23 8/2
11/19 12/1 12/2 12/25
threatened [1] 21/9
three [7] 20/25 4/18 14/3 15/5 15/7
15/9 15/19
through [13] 4/19 5/22 5/24 6/9 6/20
6/21 16/25 17/11 17/15 23/4 5/9 5/11
5/19
time [14] 5/12 5/16 9/10 14/19 20/15
23/13 5/11 9/21 10/2 12/8 14/5 14/8
14/18 15/3
times [2] 9/10 10/20
Title [4] 20/14 22/18 22/19 4/6
today [4] 4/2 7/6 8/2 4/2
tolerated [1] 10/14
too [1] 9/5
took [3] 22/2 24/2 10/6
top [2] 9/1 19/7
total [3] 9/12 9/15 9/7
totally [1] 21/17
toward [1] 6/8
transactions [1] 20/22
transcribed [2] 26/9 19/9
transcript [6] 1/8 2/7 26/8 1/8 2/7 19/8
transcription [2] 2/7 2/7
trial [33] 5/21 5/24 12/14 13/2 13/2
13/5 14/16 14/17 14/18 14/23 15/2
15/5 15/6 15/10 15/16 16/1 16/1 16/5
16/5 16/17 16/18 17/8 17/9 22/5 14/5
14/14 14/18 14/21 15/1 15/3 15/4
15/13 15/18
truth [1] 16/8
try [1] 25/2
trying [1] 10/3
turn [1] 6/12
twice [1] 6/2
two [5] 21/1 6/1 6/23 9/4 11/21
type [4] 7/5 8/18 10/13 10/15

**U**

U.S [7] 1/12 2/2 1/12 2/2 8/11 12/2
12/21
ultimately [1] 12/23
under [13] 6/15 5/17 8/9 12/1 12/19
16/8 4/22 5/6 10/23 14/5 14/17 15/1
15/18
underlying [1] 4/10
understand [61]
understanding [5] 12/18 18/24 20/3
20/5 15/17
understands [2] 4/15 20/25
UNITED [17] 1/1 1/3 1/10 3/3 3/8 5/2
20/14 22/18 26/3 1/1 1/3 1/10 3/2 3/7
17/10 17/14 19/3
Unless [1] 16/10
up [17] 6/3 14/11 15/2 16/15 17/6
17/19 18/11 18/20 18/24 20/6 4/2 4/18
14/3 14/12 15/7 15/9 15/12
upon [12] 12/11 23/5 23/11 9/15 10/22
13/5 13/10 13/16 16/12 16/15 16/16
17/20
us [2] 3/14 10/22
use [3] 5/16 5/20 6/2
used [2] 8/11
user [1] 7/16

## U

**using [1]**  5/18
**usually [1]**  24/3
**utilization [1]**  7/18

## V

**V-E-N-S-T-A-D [1]**  3/9
**various [2]**  20/5 23/8
**Venstad [3]**  3/8 3/8 17/14
**Venue [1]**  18/15
**versus [4]**  3/3 5/2 3/2 17/11
**Very [5]**  22/16 23/2 16/7 16/23 17/25
**vice [1]**  4/10
**violate [1]**  5/20
**violation [3]**  5/5 22/17 4/6
**voluntarily [1]**  16/21
**vote [1]**  13/18

## W

**Wacker [2]**  1/22 1/22
**waive [3]**  5/7 15/2 15/17
**waived [3]**  19/3 19/12 23/9
**waiver [10]**  13/21 14/3 15/16 17/22 18/15 19/1 19/10 19/13 19/14 15/17
**waivers [2]**  5/22 5/24
**waiving [3]**  5/21 18/19 15/12
**WALTON [2]**  1/9 1/9
**want [8]**  5/11 12/18 16/17 17/12 6/17 9/4 16/20 17/6
**wanted [4]**  12/15 14/15 15/4 16/4
**wants [1]**  16/17
**was [35]**  4/24 5/19 6/12 6/13 6/14 7/20 8/12 12/7 12/9 12/11 12/14 13/17 14/23 15/13 17/8 17/14 20/13 3/19 3/20 5/2 5/4 5/5 6/7 7/8 7/10 7/13 7/16 7/17 9/20 9/22 9/23 10/1 10/8 12/15 14/1
**Washington [8]**  1/5 1/14 1/20 2/3 1/5 1/14 1/20 2/3
**way [2]**  4/19 12/3
**ways [2]**  3/19 11/24
**we [30]**  4/5 4/7 4/23 20/9 23/13 23/17 23/23 23/23 24/7 24/16 24/7 24/16 24/17 24/18 3/13 3/17 4/1 6/17 6/25 7/5 9/19 9/20 11/1 11/10 11/25 16/16 17/3 17/5 17/5 17/8
**We'd [1]**  25/2
**we'll [2]**  5/13 25/3
**we're [2]**  11/21 14/9
**we've [3]**  24/10 14/3 16/2
**well [7]**  11/7 22/16 23/2 12/18 16/7 16/23 17/25
**went [1]**  22/4
**were [40]**  6/6 6/23 6/25 10/18 11/15 12/6 12/14 16/21 5/16 6/13 6/16 6/24 7/7 7/8 7/11 7/11 7/12 7/13 7/14 7/16 7/21 7/21 7/23 8/2 8/8 8/9 9/17 10/8 10/22 11/9 11/12 11/14 11/14 11/19 11/20 11/22 11/23 11/24 12/3 12/22
**West [2]**  1/17 1/17
**what [27]**  8/16 8/21 9/12 9/18 9/18 11/5 11/17 11/21 11/23 12/11 14/3 14/16 15/17 17/9 18/8 18/9 18/25 19/4 22/1 22/2 22/2 25/7 7/5 9/22 13/5 16/2 16/12
**what's [1]**  8/1
**whatsoever [1]**  21/20

**when [6]**  13/16 25/5 8/20 8/21 9/3 1/1
**where [1]**  24/23
**whereas [1]**  8/20
**whereof [2]**  26/10 19/10
**whether [7]**  15/7 23/21 23/22 24/22 9/1 12/23 12/25
**which [19]**  5/5 5/19 6/1 6/13 6/16 10/16 11/22 13/22 14/2 14/3 14/17 15/6 15/10 22/17 22/18 5/2 6/8 6/24 11/7
**while [1]**  24/2
**who [16]**  4/1 6/23 16/6 3/14 5/17 7/21 8/9 8/20 9/2 11/9 11/15 11/17 11/22 12/3 12/21 12/22
**who's [1]**  3/10
**will [17]**  10/16 11/9 20/6 23/2 23/11 24/24 4/18 4/23 6/21 6/25 9/7 9/10 12/23 14/6 16/9 17/19 17/21
**willing [3]**  16/21 8/24 15/2
**wind [1]**  7/7
**withdraw [2]**  11/14 12/12
**within [5]**  14/18 14/7 14/18 15/3 15/19
**without [1]**  5/10
**witness [2]**  26/10 19/10
**witnesses [1]**  16/18
**word [1]**  25/1
**working [1]**  3/10
**would [54]**

## Y

**Yates [1]**  13/3
**year [2]**  13/3 15/19
**years [6]**  6/4 4/18 14/3 15/6 15/7 15/9
**yes [49]**
**yesterday [1]**  4/2
**York [4]**  1/13 1/17 1/13 1/17
**you [111]**
**you'd [3]**  5/22 16/22 21/20
**you're [8]**  4/15 8/3 15/25 18/11 18/19 18/24 15/2 15/12
**you've [3]**  8/9 9/4 13/5
**your [115]**
**yourself [1]**  12/13
**yourselves [2]**  3/5 3/4

## Z

**Zimmer [17]**  3/14 3/19 4/8 6/7 6/16 10/15 10/19 24/8 24/16 3/19 3/21 3/22 3/23 4/3 4/8 5/2 5/2